Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
Brianna Morrison (Admitted Pro Hac Vice)
brianna.morrison@millernash.com
Andrew Morton (Admitted Pro Hac Vice)
andy.morton@millernash.com
**MILLER NASH LLP**
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002

Attorneys for Plaintiff
Conterra Agricultural Capital, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>Hronis, Inc., *et al.*<br><br>Debtors. | Case No. 1:26-bk-10978<br>Jointly Administered<br><br>Chapter 11<br><br>DCN: SE-9 |
| Affects:<br>☒ ALL DEBTORS<br>☐ HRONIS, INC., a California corporation<br>☐ HRONIS CAPITAL ASSETS, LP, a California limited partnership<br>☐ HRONIS CAPITAL MANAGEMENT, LLC, a California limited liability company<br>☐ HRONIS CITRUS, LLC, a California limited liability company<br>☐ HRONIS FARMING, LP, a California limited partnership<br>☐ HRONIS FRUIT COMPANY LLC, a California limited liability company<br>☐ HRONIS LAND COMPANY, a California general partnership<br>☐ HRONIS RANCH, LLC, a California limited liability company<br>☐ HRONIS RESOURCE MANAGEMENT, LLC, a California limited liability company<br>☐ THE HRONIS FAMILY LIMITED PARTNERSHIP, a California limited liability partnership | (Jointly Administered with Case Nos. 1:26-bk-10970, 1:26-bk-10980, 1:26-bk-10981, 1:26-bk-10982, 1:26-bk-10983, 1:26-bk-10984, 1:26-bk-10986, 1:26-bk-10987, and 1:26-bk-10988)<br><br>**NOTICE OF REFERRAL**<br><br>Judge: Hon. René Lastreto II |

TO: The Clerk of the United States Bankruptcy Court for the Eastern District of California:

Plaintiff Conterra Agricultural Capital, LLC ("Conterra") gives notice that the action entitled *Conterra Agricultural Capital, LLC v. DLP Funding, LLC, Case No. 1:26-cv-00122-CDB* has been referred to the United States Bankruptcy Court for the Eastern District of California (the "Bankruptcy Court"). Referral is permitted by 28 U.S.C. § 157(a) and the United States District Court, Eastern District of California's ("California Eastern District") Order on Stipulation Referring Action to United States Bankruptcy Court for the Eastern District of California and Terminating as Moot Defendant's Motion to Dismiss (the "Order").

**<u>BASIS FOR REFERRAL</u>**

1. On January 8, 2026 Conterra filed this action in the California Eastern District (the "California Eastern District Action") against defendant DLP Funding, LLC ("DLP"). The operative complaint generally asserted that Conterra provided a loan to Hronis, Inc. and certain affiliates (collectively, the "Borrowers") secured in part, by first position liens on the accounts of Borrowers. The complaint further alleged DLP, with knowledge of Conterra's lien, purchased the accounts of Borrowers and took actions to prevent Conterra from recovery on its collateral. On that basis, Conterra alleged causes of action for (1) Conversion and (2) Interference with Contract.

2. On March 6, 2026, Borrowers filed voluntary petitions under Chapter 11 of Title 11 of the United States Code, commencing a bankruptcy case in the United States Bankruptcy Court, Eastern District of California. The matters are administratively consolidated in the lead case of *In re Hronis, Inc,* Case No. 1:26-bk-10978 (the "Bankruptcy Case")

3. On March 31, 2026, DLP filed a Motion to Dismiss Conterra's Complaint Pursuant to F.R.C.P. Rules 12(b)(1), 12(b)(2), 12(b)(3), and Forum Non Conveniens (the "Motion to Dismiss").

4. On April 27, 2026, Conterra and DLP (the "Parties") filed a Joint Stipulation to Refer the Action to United States Bankruptcy Court Eastern District of California (the "Joint Stipulation").

5. On April 30, 2026, the California Eastern District entered its Order on the Joint Stipulation referring the California Eastern District Action to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a).

6. The California Eastern District further ordered that DLP's pending Motion to Dismiss be terminated as moot and stayed the Eastern District Action pending resolution of the Bankruptcy Case or further order.

7. Conterra is filing true and correct copies of all process, pleadings, and orders served in the Eastern District Action as **Exhibit A** to this Notice.

WHEREFORE, the California Eastern District Action is referred to the Bankruptcy Court pursuant to the California Eastern District's Order and 28 U.S.C. § 157(a).

Dated: May 13, 2026

MILLER NASH LLP

By: */s/ Bernie Kornberg*
Bernie Kornberg

Attorneys for Plaintiff
Conterra Agricultural Capital, LLC