# EXHIBIT A
# PART 3

ALSO EXCEPTING THEREFROM ALL OIL, GAS, MINERALS, GEOTHERMAL AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS RESERVED BY TREECROP COMPANY, A LIMITED PARTNERSHIP IN THE DEED RECORDED APRIL 27, 1979 IN BOOK 3647, PAGE 97 AS DOCUMENT NO. 24614 OF OFFICIAL RECORDS.

**PARCEL 11: APN: 339-140-002**

THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 27, AND THAT PORTION OF THE NORTH HALF OF SECTION 27, TOWNSHIP 24 SOUTH, RANGE 27 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 27;
THENCE, SOUTH ALONG THE EAST LINE OF THE WEST HALF OF THE WEST HALF OF THE NORTHWEST QUARTER OF SAID SECTION 27, 1390.4 FEET;
THENCE, EAST PARALLEL WITH THE NORTH LINE OF SAID SECTION 27, 2978.45 FEET;
THENCE, NORTH 1390.4 FEET TO THE NORTH LINE OF SAID SECTION 27;
THENCE, WEST ALONG SAID NORTH LINE, 990 FEET TO THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 27;
THENCE, CONTINUING WEST ALONG SAID NORTH LINE 1988 45 FEET TO THE PLACE OF BEGINNING.

EXCEPTING THEREFROM THE WEST 55 FEET OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER, AS CONVEYED TO THE STATE OF CALIFORNIA, IN DEED RECORDED APRIL 28, 1945 IN BOOK 1121, PAGE 248 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS, MINERALS, GEOTHERMAL AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS RESERVED BY TREECROP COMPANY, A LIMITED PARTNERSHIP IN THE DEED RECORDED APRIL 27, 1979 IN BOOK 3647, PAGE 97 AS DOCUMENT NO. 24614 OF OFFICIAL RECORDS.

Schedule 1.1(b)

Real Property Collateral No. 2

(Attached)

**Schedule 1.1(b)**

=

**Real Property Collateral No. 2**

**THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA OF KERN, COUNTY OF KERN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:**

**TRACT A**

**PARCEL 1-22: INTENTIONALLY DELETED.**

**PARCEL 23: APN: 049-020-06-01**

The West half of the Northwest quarter of fractional Section 3, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-half of all oil, gas, hydrocarbons, and other mineral rights, as reserved by L.R. Billings, as Executor of the Will of Elmer W. Harris, deceased, in deed recorded November 5, 1958 in Book 3031, Page 64 as Document No. 61974 of Official Records.

Also Excepting therefrom an undivided one-fourth of all the oil, gas, hydrocarbons and other minerals, as reserved by Elva Dau Say who acquired title as Elva Dau, in deed recorded December 29, 1977 in Book 5078, Page 557 as Document No. 60741 of Official Records.

**PARCEL 24: APN: 049-020-18**

The East half of Section 4, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom the South 2377.00 feet thereof.

Also Excepting therefrom all that portion lying within the land described in Parcel One in the deed to The United States of America, recorded June 29, 1950 in Book 1689, Page 374 as Document No. 26906 of Official Records, described as follows:

Beginning, at the North quarter corner of said Section 4 and running thence along the Northerly boundary of said Section 4, South 89° 58' East 354.8 feet;
thence, leaving said boundary and running South 00° 03' East 1546.7 feet;
thence, South 01° 23' West 1000.3 feet;
thence, South 00° 31' West 1000.1 feet;
thence, South 01° 52' West 600.3 feet;
thence, South 00° 26' West 600.00 feet;
thence, South 03° 41' West 536.1 feet;
thence, South 00° 03' East 33.7 feet to a point in the Southerly boundary of said Section 4, distant there along South 89° 57' East 258.3 feet from the South quarter corner of said Section 4; thence running along said Southerly boundary North 89° 57' West 258.3 feet to the South quarter corner of said Section 4;

thence, running along the West boundary of the East half of said Section 4 North 00° West 5315.3 feet to the point of beginning.

Also Excepting therefrom all oil, gas and minerals in said land, and the right to drill for, mine and remove the same, together with such rights to the use of the surface and rights of ingress and egress as may be necessary to drill for, mine and remove the same, as reserved by Di Giorgio Fruit Corporation, a Delaware corporation, in deed recorded March 31, 1944 in Book 1187, Page 109 of Official Records.

**PARCEL 25: APN: 049-020-19**

The South 2377.00 feet of the East half of Section 4, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom all that portion lying within the land described in Parcel One and Parcel Two, in deed to The United States of America, recorded June 29, 1950 in Book 1689, Page 374 as Document No. 26906 of Official Records, described as follows:

"Parcel One":
Beginning at the North quarter corner of said Section 4 and running thence along the Northerly boundary of said Section 4, South 89° 58' East 354.8 feet;
thence, leaving said boundary and running South 00° 03' East 1546.7 feet;
thence, South 01° 23' West 1000.3 feet;
thence, South 00° 31' West 1000.1 feet;
thence, South 01° 52' West 600.3 feet;
thence, South 00° 26' West 600.00 feet;
thence, South 03° 41' West 536.1 feet;
thence, South 00° 03' East 33.7 feet to a point in the Southerly boundary of said Section 4, distant there along South 89° 57' East 258.3 feet from the South quarter corner of said Section 4; thence running along said Southerly boundary North 89° 57' West 258.3 feet to the South quarter corner of said Section 4;
thence, running along the West boundary of the East half of said Section 4 North 00° West 5315.3 feet to the point of beginning.

"Parcel Two":
Beginning at a point in the Southerly boundary of said Section 4, distant there along South 89° 57' East 258.3 feet from the South quarter corner of said Section 4;
thence, running along the Easterly boundary of said Parcel 1 North 00° 03' West 33.7 feet;
thence, leaving said boundary and running South 89° 32' East 513.0 feet;
thence, South 00° 03' West 30.0 feet to a point in the Southerly boundary of said Section 4 distant therealong South 89° 57' East 771.3 feet from the South quarter corner of said Section 4;
thence, running along said Southerly boundary North 89° 57' West 513.0 feet to the point of beginning

Also Excepting therefrom all oil, gas and minerals in said land, and the right to drill for, mine and remove the same, together with such rights to the use of the surface and rights of ingress and egress as may be necessary to drill for, mine and remove the same, as reserved by Di Giorgio Fruit Corporation, a Delaware corporation, in deed recorded March 31, 1944 in Book 1187, Page 109 of Official Records.

**PARCEL 26: APN: 049-240-01-01**

The Northwest quarter of the Northwest quarter of Section 15, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-half of all oil, gas, gasoline, casinghead gas and/or other hydrocarbon substances and/or minerals in and under said land, as reserved by Charles O. LaRue and Violet LaRue, husband and wife, in deed recorded December 19, 1941 in Book 1073, Page 426 of Official Records.

**PARCEL 27: APN: 049-240-02-01**

The Northeast quarter of the Northwest quarter of Section 15, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-half of all oil, gas and minerals in and under said land, as excepted by W.J. Wallace and Company, a corporation, in deed recorded December 2, 1941 in Book 1065, Page 212 of Official Records, and as ratified and confirmed by the deed recorded April 27, 1942 in Book 1082, Page 256 of Official Records.

PARCEL 28A: APN: 050-130-06 PORTION

Lots 5 and 8 of Hollywood Tract, in the unincorporated area, County of Kern, State of California, according to the map thereof recorded June 12, 1909 in Book 1, Page 113, of Maps, in the office of the County Recorder of said County.

Excepting therefrom that portion of said Lot 5, described as follows:
Beginning at the Northeast corner of said Lot 5;
thence, South along the East line of said Lot 5, a distance of 533 feet and the true point of beginning of this description;
thence, West at right angles to the East line, a distance of 130 feet;
thence, South and parallel to the East line of said Lot 5, a distance of 115 feet;
thence, East to the East line of said Lot 5;
thence, North along the East line of said Lot 5, a distance of 115 feet and the true point of beginning.

Also Excepting therefrom an undivided one-half of all minerals, oil, gas and other hydrocarbon substances within or underlying said land, as excepted by Philip Stone Briggs and Gertie Leona Briggs, husband and wife, in deed recorded February 9, 1966 in Book 3917, Page 488 as Document No. 07052 of Official Records.

**PARCEL 28B: APN: 050-130-06 portion**

That portion of Lot 5 of Hollywood Tract, in the unincorporated, County of Kern, State of California, according to the map thereof recorded June 12, 1909 in Book 1, Page 113, of Maps, in the office of the County Recorder of said County, described as follows:

Beginning at the Northeast corner of said Lot 5;
thence, South along the East line of said Lot 5, a distance of 533 feet and the true point of beginning of this description;
thence, West at right angles to the East line, a distance of 130 feet;

thence, South and parallel to the East line of said Lot 5, a distance of 115 feet;
thence, East to the East line of said Lot 5;
thence, North along the East line of said Lot 5, a distance of 115 feet and the true point of beginning.

Excepting therefrom an undivided one-half of all minerals, oil, gas and other hydrocarbon substances within or underlying said land, as excepted in the deed executed by Philip Stone Briggs and Gertie Leona Briggs, husband and wife, recorded February 9, 1966, in Book 3917, Page 490 as Document No. 07053 of Official Records.

**PARCEL 29: APN: 051-110-29**

The Northeast quarter of Section 21, Township 25 South, Range 27 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-half of all minerals and mineral rights of every kind and character (except water and water rights) now known to exist or hereafter discovered, including without limiting the generality of the foregoing oil, gas and rights thereto, together with the sole, exclusive and perpetual right to explore for, remove and dispose of said minerals by any means or methods suitable to grantor, its successors and assigns, but without entering upon or using the surface of said land herein described or any portion of the subsurface within 500 feet of the surface of said land, as reserved by Ernest Gaillard, Jr. and Mignonne Nash Gaillard, husband and wife, as joint tenants, in deed recorded December 31, 1981 in Book 5428, Page 1002 as Document No. 063620 of Official Records.

**PARCEL 30: INTENTIONALLY DELETED**

**PARCEL 31: INTENTIONALLY DELETED**

**PARCEL 32: APN: 178-190-04**

The North half of the Southeast quarter of Section 26, Township 30 South, Range 29 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom, an undivided two-twenty-fifths (2/25ths) of all minerals, mineral deposits, oil, gas, natural gases, and any other hydrocarbon substances, in, to, being and lying under said land, as conveyed to H.E. Schmidt, in deed recorded April 17, 1937, in Book 715, Page 374 of Official Records.

Also Excepting therefrom all minerals, mineral deposits, oil, gas, natural gases and other hydrocarbon substances in, to, being and lying under said land, as reserved by Violante Weichelt, Trustor and Trustee under that Declaration of Trust dated April 17, 1968, in the deed recorded September 22, 1976 in Book 4979, Page 1657 as Document No. 23989 of Official Records.

**PARCEL 33: APN: 189-390-08, 09, 10, 11 & 12**

Parcels 8, 9, 10, 11, and 12 of Parcel Map No. 6680, in the unincorporated area, County of Kern, State of California, according to the map recorded May 20, 1983 in Book 29, Pages 123 & 124 of Parcel Maps, in the office of the County Recorder of said County.

Excepting therefrom an undivided one-half interest in all oil, gas and other hydrocarbon substances and all other minerals and related substances contained within or underlying said land, lying below a plane 500 feet below and parallel to the surface thereof, grantor shall have no right to enter upon the surface or the area lying between the surface and the plane 500 feet below, or any part thereof, in connection with prospecting for or exploitation of said reserved minerals or for any other purpose, as reserved by Di Giorgio Corporation, a Delaware corporation, formerly Di Giorgio Fruit Corporation, a corporation, successor to Earl Fruit Company, in deed recorded April 16, 1969 in Book 4268, Page 148 as Document No. 25261 of Official Records.

Also Excepting therefrom the undivided interest(s) in and to all oil, gas, minerals and other hydrocarbon substances and mineral rights and interest, as reserved and conveyed in the deed executed by R. and B. Ranches, a partnership and Roberts Farms, Inc., in deed recorded January 13, 1978 in Book 5082, Page 396 as Document No. 3760 of Official Records.

**PARCEL 34: APN: 193-120-04-01**

The Southeast quarter of Section 25, Township 31 South, Range 29 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom 29.86112% of 100% of all oil, mineral, gas and other hydrocarbon substances thereunder, as reserved unto the heirs or devisees of Harold Evans Woodworth, in the Co-Executors' Deed recorded March 21, 1972 in Book 4654, Page 927 as Document No. 25139 of Official Records.

Also Excepting therefrom 20.13888% of 100% of all oil, mineral, gas and other hydrocarbon substances thereunder, as reserved by Mamie Barlow Woodworth and Bank of America National Trust and Savings Association, a national banking association, as co-executors of the estate of Julia L. Barlow, deceased, in the Co-Executors' Deed recorded March 21, 1972 in Book 4654, Page 930 as Document No. 25140 of Official Records.

**PARCEL 35: INTENTIONALLY DELETED**

**PARCEL 36: APN: 050-010-01**

The West half of the Northwest quarter of Section 23, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California according to the Official Plat thereof.

**PARCEL 37: APN: 050-030-25**

Lot 'A' of Lot Line Adjustment No. 61-08, recorded March 31, 2010 as Document No. 0210042563 of Official Records, being a portion of the North half of Section 23, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, being more particularly described as follows:

All that portion of Parcel 3 of Document No. 0197071338 of Official Records, together with Document No. 0200034167 of Official Records, recorded in the office of the Kern County Recorder.

Excepting therefrom the following described portion:

Commencing at the Southeast corner of said Document No. 0200034167 of Official Records; thence Westerly along the South line of said document and the South line of the North half of said section, North 89° 34' 54" West a distance of 227.65 feet; thence parallel to the East line of said document and the centerline of Southern Pacific Railroad, North 27° 23' 30" East a distance of 1073.38 feet; thence South 89° 34' 54" East parallel to the South line of said document and the North line of said North half, a distance of 227.65 feet to the East line of said document and the centerline of Southern Pacific Railroad; thence South 27° 23' 30" West along the Easterly line of said document and the centerline of said railroad, a distance of 1073.38 feet to the Southeast corner of said document and the true point of beginning.

Excepting from that portion of said land lying Westerly of the line which is parallel to and distant 220 feet measured at right angles, Westerly from the centerline of the Southern Pacific Railroad, one-fourth of all the oil, gas and other hydrocarbon substances in, upon or under said premises or any portion thereof and the right of the grantor, his heirs, successors and assigns, the right to enter upon said premises for the above mentioned purposes from time to time with due regard to the use of the same by grantee, as reserved by William C. McCowan, a single man, in deed recorded March 4, 1949 in Book 1595, Page 221 of Official Records, and by correction deed recorded September 8, 1950 in Book 1726, Page 234 as Document No. 37383 of Official Records.

Excepting from that portion of said land lying Easterly of the line which is parallel to and distant 220 feet measured at right angles, Westerly from the centerline of the Southern Pacific Railroad, all minerals and all mineral rights of every kind and character now known to exist or hereafter discovered underlying the property, including, without limiting the generality of the foregoing, oil and gas and rights thereto, together with the sole, exclusive and perpetual right to explore for, remove and dispose of said minerals by any means or methods suitable to grantor, its successors and assigns, but without entering upon or using the surface of the property, and in such manner as not to damage the surface of the property, or to interfere with the use thereof by grantee, its successors or assigns, as reserved by Union Pacific Railroad Company, a Delaware corporation, grantor, formerly known as Southern Pacific Transportation Company, a Delaware corporation, in the quitclaim deed recorded March 24, 2000 as Document No. 0200034167 of Official Records.

**PARCEL 38: APN: 050-110-07**

The East half of the Northeast quarter of Section 22, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom all the oil, gas and other hydrocarbon substances lying in, upon, or under said land or which may be produced or sold therefrom together with, the right of egress or ingress and all other rights and privileges necessary to explore for and produce oil, gas, or other hydrocarbon substances from said land, as reserved by Alex F. Kochergen and Anna Kochergen, his wife, in deed recorded January 30, 1945 in Book 1229, Page 163 of Official Records.

Also Excepting therefrom such portions as are included in public roads as reserved in the deed from Title Guarantee and Trust Company, recorded August 1, 1940 in Book 943, Pages 261 & 262 of Official Records.

**PARCEL 39: APN: 050-130-12**

The West half of the Northeast quarter of Section 20, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-third interest in and to all oil, mineral, gas and other hydrocarbon substances below a depth of 500 feet under said land, without the right of surface entry, as excepted and reserved by Millicent L. d'Usseau, as Administratrix with will annexed of the estate of Marcella Mullaney Weiner, deceased, in deed recorded August 27, 1973 in Book 4801, Page 975 as Document No. 15303 of Official Records.

Also Excepting therefrom an undivided one-sixth interest in and to all oil, mineral, gas and other hydrocarbon substances below a depth of 500 feet under said land, without the right of surface entry, as reserved by Marie Hitchcock, who acquired title as Marie E. Mullaney, in deed recorded August 27, 1973 in Book 4801, Page 977 as Document No. 15304 of Official Records.

Also Excepting therefrom all remaining oil, gas, hydrocarbon and other minerals in and under said land and which may be produced therefrom, together with the right to enter upon said land for the above mentioned purposes from time to time with due regard to the use of the same by grantee, as reserved by Francis Christian Tudor, a married man who acquired title showing no marital status, in deed recorded January 2, 2008 as Document No. 0208000071 of Official Records.

**PARCEL 40: APN: 050-130-13**

The Northwest quarter of the Northeast quarter of the Northeast quarter of Section 20, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom all remaining oil, gas, hydrocarbon and other minerals in and under said land and which may be produced therefrom, together with the right to enter upon said land for the above mentioned purposes from time to time with due regard to the use of the same by grantee, as reserved by Francis Christian Tudor, a married man who acquired title showing no marital status, in deed recorded January 2, 2008 as Document No. 0208000071 of Official Records.

**PARCEL 41: APN: 050-130-14**

The Northeast quarter of the Northeast quarter of the Northeast quarter of Section 20, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-half interest in all oil, gas, minerals and other hydrocarbon substances within or underlying said land as reserved by Central Farms, a California corporation in the deed recorded May 22, 1973, in Book 4786, Page 580 as Document No. 37160 of Official Records.

Also Excepting therefrom all remaining oil, gas, hydrocarbon and other minerals in and under said land and which may be produced therefrom, together with the right to enter upon said land for the above mentioned purposes from time to time with due regard to the use of the same by grantee, as reserved by Francis Christian Tudor, a married man who acquired title showing no marital status, in deed recorded January 2, 2008 as Document No. 0208000071 of Official Records.

**PARCEL 42: APN: 050-130-15**

The Southwest quarter of the Northeast quarter of the Northeast quarter of Section 20, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom an undivided one-half interest in all oil, gas, minerals and other hydrocarbon substances within or underlying said land as reserved by Central Farms, a California corporation in the deed recorded May 22, 1973, in Book 4786, Page 580 as Document No. 37160 of Official Records.

Also Excepting therefrom all remaining oil, gas, hydrocarbon and other minerals in and under said land and which may be produced therefrom, together with the right to enter upon said land for the above mentioned purposes from time to time with due regard to the use of the same by grantee, as reserved by Francis Christian Tudor, a married man who acquired title showing no marital status, in deed recorded January 2, 2008 as Document No. 0208000071 of Official Records.

**PARCEL 43: APN: 050-130-16**

The Southeast quarter of the Northeast quarter of the Northeast quarter and the Southeast quarter of the Northeast quarter of Section 20, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom the East 25 feet thereof reserved for road purposes.

Also Excepting therefrom an undivided one-half of all oil, gas, minerals and other hydrocarbon substances, in, upon or under said premises or any portion thereof and the right to prospect for the same and to drill for and to produce and take away the same and likewise reserving unto him and to his heirs, successors and assigns the right to enter upon said premises for the abovementioned purposes from time to time with due regard to the use of the same by the grantee, as reserved by Earl K. Thomas Enterprises, a co-partnership in the deed recorded April 16, 1963 in Book 3597, Page 335 as Document No. 24579 of Official Records.

Also Excepting therefrom an undivided one-fourth of all oil, gas, minerals and other hydrocarbon substances, in, upon or under said premises or any portion thereof and the right to prospect for the same and to drill for and to produce and take away the same and likewise reserving unto them and to their heirs, successors and assigns the right to enter upon said premises for the above mentioned purposes from time to time with due regard to the use of the same by the grantee, as reserved by D. George Billings and Maryann Billings, husband and wife, D. George Billings aka D. Billings in deed recorded April 24, 1973 in Book 4781, Page 1562 as Document No. 29358 of Official Records.

Also Excepting therefrom all remaining oil, gas, hydrocarbon and other minerals in and under said land and which may be produced therefrom, together with the right to enter upon said land for the above mentioned purposes from time to time with due regard to the use of the same by grantee, as reserved by Francis Christian Tudor, a married man who acquired title showing no marital status, in deed recorded January 2, 2008 as Document No. 0208000071 of Official Records.

**PARCEL 44: APN: 049-032-04**

The South half of the Northeast quarter of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

Excepting therefrom that portion described as follows:

Commencing at the Northwest corner of the South half of the Northeast quarter of the Northeast quarter of said Section 5; thence South along the West line of the South half of the Northeast quarter of the Northeast quarter a distance of 679.0 feet to the southwest corner of the Northeast quarter of the Northeast quarter; thence East 10.0 feet along the South line of the Northeast quarter of the Northeast quarter; thence North parallel to the West line of the South half of the Northeast quarter of the Northeast quarter a distance of 679.0 feet to a point on the North line of the South half of the Northeast quarter of the Northeast quarter; thence 10.0 feet West to the point of beginning.

Also Excepting therefrom an undivided one-half of all oil, gas, minerals and other hydrocarbon substances, in, upon or under said premises or any portion thereof and the right to prospect for the same and to drill for and to produce and take away the same and likewise reserving unto her and to her heirs, successors and assigns the right to enter upon said premises for the above mentioned purposes as reserved by Irene Stradley Nevis, a widow in deed recorded April 3, 1967 in Book 4040, Page 45 as Document No. 16850 of Official Records.

**PARCEL 45:**

An easement for a water line over that portion of the North half of the Northeast quarter of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as shown on the Miscellaneous Survey Plat of said Section 5 by A.E. Stegeman dated January 21 and 22, 1913 on file in the Kern County Surveyor's Office, lying 5 feet on each side of the following described centerline; commencing at the Northeast corner of said section; thence West along the North line of said Section 5, a distance of 645.12 feet; thence South, at right angles, to said North line, a distance of 46.72 feet to the true point of beginning; thence North 00° 05' 37" East, a distance of 27.08 feet; thence South 87° 47' 44" East, a distance of 258.04 feet; thence South 01° 39' 23" East, a distance of 642.63 feet; thence 89°43' 55" East, a distance of 263.50 feet; thence South 00° 01° East, a distance of 3.4 feet, more or less, to the South line of said North half.

Excepting that portion lying within the North 30 feet of said section.

**PARCEL 46:**

An undivided 1/3 interest in an easement for a well site over that portion of the North half of the Northeast quarter of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as shown on the Miscellaneous Survey Plat of said Section 5 by A.E. Stegeman, dated January 21 and 22, 1913 on file in the Kern County Surveyor's Office, being more particularly described as follows:

Commencing at the Northeast corner of said Section 5; thence West, along the North line of said Section 5, a distance of 645.12 feet; thence South, at right angles, to said North line, a distance of 30.00 feet to the true point of beginning; thence East a distance of 25.00 feet; thence South a distance of 50.00 feet; thence West a distance of 50.00 feet; thence North a distance of 50.00 feet to a point on the South right of way line of road, as shown on said survey plat; thence East, along said South right of way line, a distance of 25.00 feet to the true point of beginning.

**PARCEL 47: APN 049-032-02**

That portion of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, more particularly described as follows:

The Northwest quarter of the Northeast quarter of said Section 5;
excepting therefrom;
beginning at the Northeast corner of the Northwest quarter of the Northeast quarter of said Section 5;
(1) thence West along the North line of said Section 5, a distance of 10.0 feet;
(2) thence South parallel with the East line of said Northwest quarter of the Northeast quarter, a distance of 1358.0 feet to the South line of said Northwest quarter of the Northeast quarter;
(3) thence East along said South line, a distance of 10.0 feet to the Southeast corner of said Northwest quarter of the Northeast quarter;
(4) thence North along the East line of said Northwest quarter of the Northeast quarter, a distance of 1358.0 feet to the point of beginning.

The above described exception being that portion of land described in the grant deed recorded September 25, 1962 in Book 3531, Page 349 as Document No. 56451 of Official Records, in the office of the Kern County Recorder, lying within the Northwest quarter of the Northeast quarter of said Section 5.

Pursuant to Certificate of Compliance No. 2490, recorded September 13, 2011 as Document No. 000211119204 of Official Records.

**PARCEL 48: APN 049-032-08**

The North half of the Southeast quarter of the Northeast quarter and the Southeast quarter of the Southeast quarter of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as per the Official Plat thereof on file in the office of the Surveyor General.

Excepting therefrom that portion thereof comprised of the following described parcels:

PARCEL A:

The West 20 feet of the North half of the Southeast quarter of the Northeast quarter of said section.

PARCEL B:

That portion of the Southeast quarter of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as per map thereof in the Bureau of Land Management, at the date of issuance of the Patent thereof, described as follows:

Beginning at the Southeast corner of said Southeast quarter of the Northeast quarter of Section 5; thence South 89° 49' 30" West, along the South line of said Southeast quarter of the Northeast quarter of Section 5, a distance of 660.44 feet to the Southeast corner of the Southwest quarter of the Southeast quarter of the Northeast quarter of said Section 5; thence North 00° 00' 41" East 660.24 feet to the Northeast corner of said Southwest quarter of the Southeast quarter of the Northeast quarter of said Section 5; thence South 89° 49' 14" West, along the North line of said Southwest quarter of the Southeast quarter of the Northeast quarter of said Section 5, a distance of 640.38 feet, more or less, to a point which is North 89° 49' 14"

East 20.00 feet of the Northwest corner of said Southwest quarter of the Southeast quarter of the Northeast quarter of said Section 5; thence North 00° 01' East 20 feet East of and parallel to the West line of said Southeast quarter of the Northeast quarter of Section 5, a distance of 180.30 feet; thence North 89° 47' East 1300.64 feet to a point on the East line of said Southeast quarter of the Northeast quarter of Section 5; thence South 841.44 feet, more or less, to the point of beginning, subject to rights of ways of 30 feet in width, along the East and South lines of said Southeast quarter of the Northeast quarter of Section 5.

Excepting therefrom all right, title and interest of, in and to all minerals, metals, metalliferous substances, oil, gas and other hydrocarbons, together with the right at all times to enter upon said lands and to explore, drill, mine, produce, process, store, market and remove such minerals, metals, metalliferous substances, oil, gas and other hydrocarbons, and thereon to conduct all operations and to erect, maintain, and remove all structures, fixtures, improvements, pipelines and other facilities which may be necessary or useful for any of such purposes, provided that upon the exercise of any of the rights provided herein, the then owner of the surface, his heirs, assigns or successors in interest, shall be fully indemnified by the person exercising such rights for any and all damages or less resulting therefrom, as conveyed to the Earl Fruit Company in deed recorded April 3, 1962 in Book 3478, Page 616 as Document No. 20013 of Official Records.

**PARCEL 49: APN: 049-032-06 and 049-032-07**

The South half of the Northwest quarter and the Southwest quarter of the Northeast quarter of Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as per the Official Plat thereof on file in the office of the Surveyor General.

Excepting therefrom a parcel of land situated in Section 5, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, more particularly described as 10 feet wide, East and West, and 140 feet long, North and South, whose North line and East line are coincidental with the North line and the East line of the North half of the Southwest quarter of the Northeast quarter of said Section 5.

Also Excepting therefrom all right, title and interest in and to all minerals, metals, metalliferous substances, oil, gas and other hydrocarbons, together with the right at all times to enter upon said lands and to explore, drill, mine, produce, process, store, market and remove such minerals, metals, metalliferous substances, oil, gas and other hydrocarbons, and thereon to conduct all operations and to erect, maintain, and remove all structures, fixtures, improvements, pipelines and other facilities which may be necessary or useful for any of such purposes, provided that upon the exercise of any of the rights provided herein, the then owner of the surface, his heirs, assigns, or successors in interest, shall be fully indemnified by the person exercising such rights for any and all damages or loss resulting therefrom, as reserved By Di Giorgio Corporation, a Delaware corporation, in deed recorded December 29, 1967 in Book 4116, Page 195 as Document No. 67741 of Official Records.

Together with that portion of County Road No. 1203, known as Bassett Avenue, as vacated by Resolution No. 2005-091, of the Board of Supervisors of the County of Kern, recorded February 14, 2018 as Document No. 218017195 of Official Records, which would further pass by operation of law.

**PARCEL 50: APN: 050-030-03**

That portion of Blocks 5, 12, C, and N of Subdivision No. 1 of the Townsite of Jasmine, according to the map thereof recorded January 9, 1912 in Book 2, Page 40 of Maps, and a portion of the West half of the

Northeast quarter of Section 23, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, according to the Official Plat thereof, in the unincorporated area, County of Kern, State of California, described as follows:

Beginning at a point in the Easterly line of said West half of the Northeast quarter of said Section 23, lying North 00° 13' 06" West 30 feet from the Southeast corner of said West half of the Northeast quarter; thence continuing along said Easterly line of the West half of the Northeast quarter, North 00° 13' 06" West 200 feet; thence South 89° 46' 54" West 93.00 feet; thence South 28° 01' 48" west 226.37 feet to a point 30 feet Northerly of the Southerly line of said West half of the Northeast quarter; thence North 89° 57' 04" East 200.14 feet to the point of beginning.

**PARCEL 51: APN: 050-030-07-01 portion**

All Lots and Blocks in Subdivision No. 1 of the Townsite of Jasmine, in the unincorporated area, County of Kern, State of California, as per map thereof recorded January 9, 1912 in Book 2, Page 40 of Maps, in the office of the County Recorder of said County, excepting therefrom the following:

(A) that portion which is included within Tract No. 2, being a Replat of Subdivision No. 1 of the Townsite of Jasmine, as per map filed November 30, 1912 in Book 2, Page 53 of Maps, in the office of the County Recorder of said County.

(B) all that portion of the West half of the Northeast quarter of Section 23, Township 25 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, described as follows:

Beginning at a point in the Easterly line of said West half, North 00° 13' 06" West 30 feet from the Southeast corner of said West half; thence continuing along said Easterly line of West half North 00° 13' 06" West 200 feet; thence South 89° 46' 54" West 93.00 feet; thence South 28° 01' 48" West 226.37 feet to a point 30 feet Northerly of the Southerly line of said West half; thence North 89° 57' 04" East 200.14 feet to the point of beginning.

Being a portion of Blocks 5, 12, C, and N as per map of Subdivision No. 1 of Townsite of Jasmine, as per map filed January 9, 1912, as conveyed by William C. McCowan to the Delano Union School District in deed dated October 20, 1948 and recorded December 22, 1948 in Book 1523, Page 274 of Official Records.

Also Excepting therefrom, that portion thereof which lies within Block 28 in the Subdivision No. 1 of the Townsite of Jasmine, as per map thereof recorded January 9, 1912 in Book 2, Page 40 of Maps, Kern County Records.

Also Excepting therefrom an undivided one-fourth of all the oil, gas and other hydrocarbon substances in, upon or under said premises or any portion thereof and the right to prospect to the same and to drill for and to produce and take away the same and the right to enter upon said premises for the above mentioned purposes from time to time with due regard to the use of the same as excepted by Nick Bozanich, Sr., in deed recorded arch 22, 1966 in Book 3930, Page 406 as Document No. 15533 of Official Records.

Also Excepting therefrom an undivided one-fourth of all the oil, gas and other hydrocarbon substances in, upon or under said premises or any portion thereof and the right to prospect and to drill for and to produce and take away the same and the right to enter upon said premises for the above mentioned purposes from

time to time with due regard to the use of the same, as excepted Peter Bozanich, et al, in deed recorded March 22, 1966 in Book 3930, Page 410 as Document No. 15535 of Official Records.

**PARCEL 52: APN: 050-030-07-01 portion**

All Lots and Blocks in Tract No. 2, being a Replat of Subdivision No. 1 of the Townsite of Jasmine, as per map filed November 30, 1912 in Book 2, Page 53 of Maps, in the office of the County Recorder of said County.

Excepting therefrom Lot 6 in Block 9 thereof.

Also Excepting therefrom an undivided one-fourth of all the oil, gas and other hydrocarbon substances in, upon or under said premises or any portion thereof and the right to prospect to the same and to drill for and to produce and take away the same and the right to enter upon said premises for the above mentioned purposes from time to time with due regard to the use of the same as excepted by Nick Bozanich, Sr., in deed recorded arch 22, 1966 in Book 3930, Page 406 as Document No. 15533 of Official Records.

Also Excepting therefrom an undivided one-fourth of all the oil, gas and other hydrocarbon substances in, upon or under said premises or any portion thereof and the right to prospect and to drill for and to produce and take away the same and the right to enter upon said premises for the above mentioned purposes from time to time with due regard to the use of the same, as excepted Peter Bozanich, et al, in deed recorded March 22, 1966 in Book 3930, Page 410 as Document No. 15535 of Official Records.

**PARCEL 53: APN: 060-160-15-01**

The East half of fractional Section 4, Township 26 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof, lying West of the West line of that certain strip of land heretofore conveyed to Stockton and Tulare Railroad Company, a corporation, by deed recorded April 12, 1888 in Book 25, Page 414 of Deeds, and by deed recorded May 2, 1888 in Book 25, Page 406 of Deeds.

Excepting therefrom an undivided one-half of all gas, oil and other hydrocarbon substances in, upon or under said premises, as reserved by Emily S. Mansfield in deed recorded August 31, 1944 in Book 1212, Page 212 of Official Records.

Also Excepting therefrom an undivided one-fourth interest in and to all oil, gas, hydrocarbons and all other minerals of every kind and character, in, under and that may be produced from said land, as reserved by A. Perelli-Minetti & Sons, a corporation, in deed recorded February 7, 1950 in Book 1662, Page 95 as Document No. 5313 of Official Records.

Also Excepting therefrom an undivided one-half interest in the remaining interest in the oil, gas or other hydrocarbon substances lying in, upon or under said land, as reserved by A. Shrier & Sons Company, et al, in deed recorded March 24, 1961 in Book 3362, Page 663 as Document No. 18235 of Official Records.

Also Excepting therefrom all remaining interest in all oil, gas, minerals, hydrocarbon and hydrocarbon substances within and underlying said land or that may be produced therefrom, as excepted and reserved by S.A. Camp Ginning Company in deed recorded July 7, 1972 in Book 4696, Page 221 as Document No. 01026 of Official Records.