# EXHIBIT A
# PART 4

**PARCEL 54: APN: 060-160-68**

Those portions of that 100 foot wide railroad located in the East half of Section 4 and the Northwest quarter of the Northwest quarter of Section 3, both in Township 26 South, Range 26 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, as per the Official Plat thereof, the centerline of said 100 foot parcel is described as follows:

PARCEL A:

Commencing at a point in the centerline of the Stockton and Tulare Company's Railway with the North line of said Section 3; thence Southwesterly along said centerline to a point that intersects the West line of said Section 3, as conveyed by deed recorded February 1, 1888 in Book 23, Page 39 of Deeds.

PARCEL B:

Commencing at a point in the centerline of the Stockton and Tulare Company's Railway with the East line of the Northeast quarter of said Section 4; thence Southwesterly along said centerline to a point that intersects the South line of said Northeast quarter of Section 4, as conveyed by deed recorded May 2, 1888 in Book 25, Page 406 of Deeds.

PARCEL C:

Commencing at a point in the centerline of the Stockton and Tulare Company's Railway with the North line of the Southeast quarter of said Section 4; thence Southwesterly along said centerline to a point that intersects the South line of said Southeast quarter of Section 4, as conveyed by deed recorded April 12, 1888 in Book 24, Page 414 of Deeds.

Excepting therefrom all minerals and all mineral rights of every kind as reserved by Union Pacific Railroad Company in Quitclaim Deed recorded June 26, 2001 as Document No. 0201088428 of Official Records.

**TRACT B**

**PARCEL 1: APN: 049-032-01-00**

THE NORTH HALF OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 5, TOWNSHIP 25 SOUTH, RANGE 26 EAST MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, THE WEST 30 FEET; THE NORTH 30 FEET; AND THE EAST 25 FEET, HERETOFORE RESERVED FOR ROAD PURPOSES IN THE DEED FILED ON JUNE 23, 1939, AS CERTIFICATE NO. 67, MEMORIAL NO. 280, IN VOLUME 1, PAGE 134 IN THE TORRENS SYSTEM.

ALSO EXCEPTING THEREFROM, THE NORTH 30 FEET OF SAID LAND, AS CONVEYED TO THE COUNTY OF KERN FOR PUBLIC USE, BY FINAL JUDGMENT IN EMINENT DOMAIN RECORDED JULY 12, 1971, IN BOOK 4547, PAGE 872 OF OFFICIAL RECORDS, AS DOCUMENT NO. 02538.

ALSO EXCEPTING THEREFROM, ONE-HALF OF ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND AS CONVEYED TO CALIFORNIA LANDS, INC., A CORPORATION, IN THE DEED RECORDED JANUARY 31, 1935, IN BOOK 560, PAGES 307 & 308 OF OFFICIAL RECORDS, AS DOCUMENT NO. 2228.

ALSO EXCEPTING THEREFROM, 25% OF ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND AS RESERVED BY ISABELL HANEMIAN, IN THE DEED FILED ON JANUARY 24, 1952, AS MEMORIAL NO. 608 IN OF TORRENS SYSTEM.

ALSO EXCEPTING THEREFROM, 25% OF ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND AS RESERVED BY ALMA MAY HOFER, A WIDOW, IN THE DEED RECORDED JANUARY 3, 1977, IN BOOK 4999, PAGE 1616 OF OFFICIAL RECORDS, AS DOCUMENT NO. 00110.

**PARCEL 2: APN: 049-040-03-00 AND 049-040-004-00**

LOTS 65, 72, 73, 74, 79 AND 80 OF CENTRAL CALIFORNIA FARMS COMPANY SUBDIVISION NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED APRIL 3, 1912, IN BOOK 2, PAGE 45 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

TOGETHER WITH, THAT PORTION OF COUNTY ROAD NO. 1203 KNOWN AS BASSETT AVENUE, AS ABANDONED BY RESOLUTION NO. 2005-091, RECORDED MARCH 15, 2018, AS DOCUMENT NO. 218017195, OF OFFICIAL RECORDS, WHICH WOULD PASS BY OPERATION OF LAW.

EXCEPTING THEREFROM, ALL OF GRANTORS RIGHT TITLE AND INTEREST IN AND TO ALL OF THE MINERALS, METALS, METALLIFEROUS SUBSTANCES, OIL, GAS AND OTHER HYDROCARBONS IN AND UNDER SAID LAND, TOGETHER WITH, THE RIGHT AT ALL TIMES TO ENTER UPON SAID LAND AND TO EXPLORE, DRILL, MINE, PRODUCE, PROCESS, STORE, MARKET AND REMOVE SUCH MINERALS, METALS, METALLIFEROUS SUBSTANCES, OIL, GAS AND OTHER HYDROCARBONS, AND THEREON TO CONDUCT ALL OPERATIONS AND TO ERECT, MAINTAIN AND REMOVE ALL STRUCTURES, FIXTURES, IMPROVEMENTS, PIPE LINES AND OTHER FACILITIES WHICH MAY BE NECESSARY OR USEFUL FOR ANY OF SUCH PURPOSES, SUBJECT TO THE TERMS AND CONDITIONS CONTAINED THEREIN, AS CONVEYED TO EARL FRUIT COMPANY, A CALIFORNIA CORPORATION, IN THE QUITCLAIM DEED RECORDED APRIL 3, 1962, IN BOOK 3478, PAGE 616 OF OFFICIAL RECORDS, AS DOCUMENT NO. 20013.

**PARCEL 3: APN: 049-040-05-00**

LOTS 75, 76, 77 AND 78 OF CENTRAL CALIFORNIA FARMS COMPANY SUBDIVISION NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED APRIL 3, 1912, IN BOOK 2, PAGE 45 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM, ONE-HALF OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN, UPON OR UNDER SAID PREMISES OR ANY PORTION THEREOF AND THE RIGHT TO PROSPECT FOR THE SAME AND TO DRILL FOR AND TO PRODUCE AND TAKE AWAY THE SAME AND LIKEWISE RESERVING UNTO THEM AND TO

THEIR HEIRS, SUCCESSORS AND ASSIGNS THE RIGHT TO ENTER UPON SAID PREMISES FOR THE ABOVE MENTIONED PURPOSES FROM TIME TO TIME WITH DUE REGARD TO THE USE OF THE SAME BY GRANTEE, ALL AS RESERVED BY E. L. WILLIAMS RANCHES, INC., A CALIFORNIA CORPORATION, IN THE DEED RECORDED JANUARY 16, 1990, BOOK 6335, PAGE 1658 OF OFFICIAL RECORDS, AS DOCUMENT NO. 005955.

**PARCEL 4: APN: 049-110-11-00**

LOT 16 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

**PARCEL 5: APN: 049-110-12-00**

LOT 15 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

EXCEPTING THEREFROM, A LIFE ESTATE IN AND TO AN UNDIVIDED ONE-HALF INTEREST IN ALL MINERALS, INCLUDING OIL AND GAS AND OTHER HYDROCARBONS UNDERLYING SAID LAND, AS RESERVED BY ETHEL MAY ROGERS, IN THE DEED RECORDED JANUARY 26, 1966, IN BOOK 3913, PAGE 565 OF OFFICIAL RECORDS, AS DOCUMENT NO. 04337.

**PARCEL 6: APN: 049-110-13-00**

LOT 24 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

**PARCEL 7A: APN: 049-110-16-01**

LOTS 22 AND 23 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

EXCEPTING FROM SAID LOT 22, ONE-HALF ACRE IN THE FORM OF A SQUARE IN THE NORTHEAST CORNER OF SAID LOT 22.

**PARCEL 8: APN: 049-110-18-00**

LOT 29 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

TOGETHER WITH, THAT PORTION OF HRONIS STREET, AS ABANDONED BY RESOLUTION NO. 810497, RECORDED MAY 18, 1981, IN BOOK 5375, PAGE 733 OF OFFICIAL RECORDS, AS DOCUMENT NO. 050848, OF OFFICIAL RECORDS, WHICH WOULD PASS BY OPERATION OF LAW.

EXCEPTING THEREFROM, A PARCEL OF LAND IN SECTION 9, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO BASE MERIDIAN, HAVING AN AREA OF 4.4 ACRES, MORE OR LESS, AND BEING ALL THAT PART OF LOT 29, RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, AS SHOWN ON THE OFFICIAL MAP THEREOF, RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID KERN COUNTY ON FEBRUARY 18, 1911 IN BOOK 2, PAGE 17 OF MAPS, AS CONVEYED TO THE UNITED STATES OF AMERICA IN THE DEED RECORDED NOVEMBER 23, 1949 IN BOOK 1653, PAGE 243 OF OFFICIAL RECORDS, AS DOCUMENT NO. 41617, LYING ON THE LEFT OR EASTERLY AND SOUTHERLY SIDE OF A LINE DESCRIBED AS FOLLOWS:

BEGINNING, AT A POINT IN THE NORTHERLY BOUNDARY OF SAID LOT 29 THAT IS DISTANT ALONG SAID NORTHERLY BOUNDARY NORTH 89 DEGREES 58' WEST 272.8 FEET FROM THE NORTHEAST CORNER OF SAID LOT 29; THENCE, RUNNING SOUTH 0 DEGREES 43' WEST 622.0 FEET TO A POINT THAT IS DISTANT NORTH 0 DEGREES 43' EAST, 8.1 FEET FROM THE SOUTHERLY BOUNDARY OF SAID LOT 29; THENCE, SOUTH 88 DEGREES 08' WEST 245.7 FEET TO A POINT IN THE SOUTHERLY BOUNDARY OF SAID LOT 29, THAT IS DISTANT ALONG SAID SOUTHERLY BOUNDARY NORTH 89 DEGREES 59' WEST, 525.1 FEET FROM THE SOUTHEAST CORNER OF SAID LOT 29.

ALSO EXCEPTING THEREFROM, ONE-HALF OF ALL OIL, GAS AND MINERAL RIGHTS IN, UPON OR UNDER SAID PREMISES INCLUDING ONE-HALF OF ANY AND ALL ROYALTIES, BONUSES, RENTALS OR ADVANCE PAYMENTS MADE OR GIVEN FOR A LEASE FOR THE RIGHT TO DRILL OR PROSPECT FOR OIL, GAS OR OTHER MINERALS UPON SAID PROPERTY, AS RESERVED BY RICHGROVE LAND COMPANY, IN THE DEED RECORDED FEBRUARY 13, 1941, IN BOOK 1014, PAGE 16 OF OFFICIAL RECORDS, AS DOCUMENT NO. 4262.

ALSO EXCEPTING THEREFROM, ONE-HALF OF ALL OIL, GAS MINERALS AND OTHER HYDROCARBON SUBSTANCES, IN, UPON OR UNDER SAID PREMISES OR ANY PORTION THEREOF AND THE RIGHT TO PROSPECT FOR THE SAME AND TO DRILL FOR AND TO PRODUCE AND TAKE AWAY THE SAME AND LIKEWISE RESERVING UNTO HER AND TO HER HEIRS, SUCCESSORS AND ASSIGNS, THE RIGHT TO ENTER UPON SAID PREMISES FOR THE ABOVE MENTIONED PURPOSES FROM TIME TO TIME WITH DUE REGARD TO THE USE OF THE SAME BY THE GRANTEE, AS RESERVED BY CATHERINE BUTLER, IN THE DEED RECORDED DECEMBER 9, 1976, IN BOOK 4994, PAGE 1598 OF OFFICIAL RECORDS, AS DOCUMENT NO. 46689.

**PARCEL 8A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 9: APN: 049-110-20-00**

LOT 21 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

TOGETHER WITH, THAT PORTION OF HRONIS STREET, AS ABANDONED BY RESOLUTION NO. 810497, RECORDED MAY 18, 1981, IN BOOK 5375, PAGE 733 OF OFFICIAL RECORDS, AS DOCUMENT NO. 050848, OF OFFICIAL RECORDS, WHICH WOULD PASS BY OPERATION OF LAW.

EXCEPTING THEREFROM, ALL THAT PORTION OF LOT 21 OF THE RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, AS SHOWN ON THE OFFICIAL MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID KERN COUNTY ON FEBRUARY 18, 1911 IN BOOK 2, PAGE 17, AS CONVEYED TO THE UNITED STATES OF AMERICA IN THE DEED RECORDED JUNE 14, 1950, IN BOOK 1689, PAGE 291 OF OFFICIAL RECORDS, AS DOCUMENT NO. 24491, LYING EASTERLY OF A LINE DESCRIBED AS FOLLOWS:

BEGINNING, AT A POINT IN THE NORTHERLY BOUNDARY OF SAID LOT 21 THAT IS DISTANT ALONG SAID NORTHERLY BOUNDARY LINE NORTH 89 DEGREES 58' WEST 275.5 FEET FROM THE NORTHEAST CORNER OF SAID LOT 21; THENCE, RUNNING SOUTH 0 DEGREES 09' EAST 630.0 FEET TO A POINT IN THE SOUTHERLY BOUNDARY OF SAID LOT 21 THAT IS DISTANT ALONG SAID SOUTHERLY BOUNDARY NORTH 89 DEGREES 58' WEST 272.8 FEET FROM THE SOUTHEAST CORNER OF SAID LOT 21.

**PARCEL 9A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 10: APN: 049-110-23-00**

LOT 27 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

ALSO EXCEPTING THEREFROM, AN UNDIVIDED ONE-HALF INTEREST OF ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED AND SAVED THEREFROM, AS RESERVED BY ARTHUR LYNN HICKMAN AND VERNA A. HICKMAN, HUSBAND AND WIFE, IN THE DEED RECORDED FEBRUARY 24, 1953, IN BOOK 2043, PAGE 349 OF OFFICIAL RECORDS, AS DOCUMENT NO. 8623.

**PARCEL 10A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 11: APN: 049-110-31-00**

LOTS 17, 18, 25 AND 26 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

EXCEPTING THEREFROM, AN UNDIVIDED ONE-HALF OF ALL OIL, GAS, AND OTHER MINERALS AND MINERAL RIGHTS OF WHATEVER NATURE OR DESCRIPTION IN AND UNDER SAID LAND; AND EXPRESSLY RESERVING TO THE GRANTORS, ITS SUCCESSORS OR ASSIGNS, THE EXCLUSIVE RIGHT, IN CONJUNCTION WITH THE OWNER OR OWNERS OF THE REMAINDER OF SAID OIL, GAS, AND OTHER MINERALS AND MINERALS RIGHTS, TO PROSPECT FOR AND EXPLOIT AND TO DEVELOPMENT REMOVE THE SAID OIL, GAS, AND OTHER MINERALS FORM SAID LANDS; TOGETHER WITH, THE REASONABLE USE OF SUCH RIGHTS OF WAY AND OTHER PRIVILEGES IN AND OVER THE SURFACE OF SAID LAND AS MAY BE REASONABLY REQUIRED FOR DOING THE WORK ABOVE DESCRIBED IN A REASONABLE MANNER, ALL AS RESERVED BY RICHGROVE LAND COMPANY, IN THE DEED RECORDED JUNE 19, 1940, IN BOOK 946, PAGES 406 & 407 OF OFFICIAL RECORDS, AS DOCUMENT NO. 16099.

**PARCEL 12: APN: 049-110-32-00**

LOT 19 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

EXCEPTING THEREFROM, AN UNDIVIDED ONE-HALF OF ALL OIL, GAS, AND OTHER MINERALS AND MINERAL RIGHTS OF WHATEVER NATURE OR DESCRIPTION IN AND UNDER SAID LAND; AND EXPRESSLY RESERVING TO THE GRANTORS, ITS SUCCESSORS OR ASSIGNS, THE EXCLUSIVE RIGHT, IN CONJUNCTION WITH THE OWNER OR OWNERS OF THE REMAINDER OF SAID OIL, GAS, AND OTHER MINERALS AND MINERALS RIGHTS, TO PROSPECT FOR AND EXPLOIT AND TO DEVELOPMENT REMOVE THE SAID OIL, GAS, AND OTHER MINERALS FORM SAID LANDS; TOGETHER WITH, THE REASONABLE USE OF SUCH RIGHTS OF WAY AND OTHER PRIVILEGES IN AND OVER THE SURFACE OF SAID LAND AS MAY BE REASONABLY REQUIRED FOR DOING THE WORK ABOVE DESCRIBED IN A REASONABLE MANNER, ALL AS RESERVED BY RICHGROVE LAND COMPANY, IN THE DEED RECORDED JUNE 19, 1940, IN BOOK 946, PAGES 406 & 407 OF OFFICIAL RECORDS, AS DOCUMENT NO. 16099.

**PARCEL 12A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 13: APN: 049-110-34-00**

LOTS 1, 2, 9 AND 10 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.
EXCEPTING THEREFROM, THE WELL SITE DESCRIBED AS THE NORTH 100 FEET OF THE EAST 100 FEET OF SAID LOT 2, TOGETHER WITH A PIPELINE EASEMENT ALONG THE NORTH 20 FEET OF SAID LOTS 1 AND 2, AS RESERVED BY M. CARATAN, INC., A CALIFORNIA CORPORATION, IN THE DEED RECORDED JANUARY 7, 1974, IN BOOK 4820, PAGE 72 OF OFFICIAL RECORDS, AS DOCUMENT NO. 00829.

**PARCEL 13A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 14: APN: 049-110-22-00**

LOTS 20 AND 28 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

TOGETHER WITH, THAT PORTION OF HRONIS STREET, AS ABANDONED BY RESOLUTION NO. 810497, RECORDED MAY 18, 1981, IN BOOK 5375, PAGE 733 OF OFFICIAL RECORDS, AS DOCUMENT NO. 050848, OF OFFICIAL RECORDS, WHICH WOULD PASS BY OPERATION OF LAW.

EXCEPTING THEREFROM, AN UNDIVIDED ONE-FOURTH INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER OR RECOVERABLE THEREON OR THEREFROM, AS CONVEYED TO M. P. MOSESIAN, A MARRIED MAN, AS HIS SEPARATE PROPERTY, IN THE DEED OF MINERAL RIGHTS, RECORDED JUNE 7, 1962, IN BOOK 3498, PAGE 154 OF OFFICIAL RECORDS, AS DOCUMENT NO. 33413.

ALSO EXCEPTING THEREFROM, AN UNDIVIDED THREE-FOURTHS INTEREST IN AND TO ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS IN AND UNDER

OR RECOVERABLE THEREON OR THEREFROM, AS CONVEYED TO M. P. MOSESIAN, A MARRIED MAN, IN THE DEED RECORDED SEPTEMBER 16, 1963, IN BOOK 3644, PAGE 431 OF OFFICIAL RECORDS, AS DOCUMENT NO. 57868.

**PARCEL 15: APN: 049-150-03-00**

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 7, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, ALL OIL, GAS, MINERALS, HYDROCARBON SUBSTANCES OF ANY AND EVERY KIND WITHIN OR UNDERLYING SAID LAND AS PREVIOUSLY RESERVED OF RECORD, AS RESERVED BY BANK OF AMERICA NT&SA, AS TRUSTEE UNDER THE TERMS OF THE TESTAMENTARY TRUST ESTABLISHED IN THE WILL OF MARTIN J. GUTUNICH, DECEASED, AS TO 1/8TH INTEREST; MARTINA M. GUTUNICH, AS TO 3/16THS INTEREST; AND MARTY JOSEPHINE DISPOTO, AS TO ½ INTEREST, IN THE DEED RECORDED SEPTEMBER 21, 1982, IN BOOK 5490, PAGE 1676 OF OFFICIAL RECORDS, AS DOCUMENT NO. 030536.

**PARCEL 16: APN: 049-150-08-00**

THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, THAT CERTAIN WATER WELL EASEMENT LOCATED ON THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, TOGETHER WITH, PUMP, MOTOR, UNDERGROUND PIPELINES WITH THE RIGHT OF INGRESS AND EGRESS THEREWITH AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

ALSO EXCEPTING THEREFROM, AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL, GAS AND MINERALS IN AND UNDER SAID LAND, TOGETHER WITH, THE RIGHT OF THE GRANTOR, ITS SUCCESSORS AND ASSIGNS AND LEGAL REPRESENTATIVES AT ALL TIMES TO ENTER ON THE ABOVE DESCRIBED LANDS AND TAKE ALL THE USUAL, NECESSARY OR CONVENIENT MEANS TO BORE WALLS, MAKE EXCAVATIONS AND TO REMOVE ALL THE OIL, GAS AND MINERALS FOUND THEREON AND HEREIN RESERVED, AS RESERVED BY BANK OF AMERICA, NT & SA, IN THE DEED RECORDED DECEMBER 31, 1934, IN BOOK 554, PAGE 64 OF OFFICIAL RECORDS, AS DOCUMENT NO. 20873.

**PARCEL 17: INTENTIONALLY DELETED**

**PARCEL 18: APN: 050-220-07-01**

THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 30, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, ONE-HALF OF ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING OR THAT MAY BE PRODUCED AND SAVED FROM SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE THE SAME, AS RESERVED BY T. A. DAVIS, ALSO KNOWN AS THOMAS ALBERT DAVIS AND INA B. DAVIS, HIS WIFE, IN THE DEED RECORDED MAY 8, 1945, IN BOOK 1252, PAGE 226 OF OFFICIAL RECORDS, AS DOCUMENT NO. 12223.

ALSO EXCEPTING THEREFROM, AN UNDIVIDED ONE-FOURTH INTEREST IN AND TO ALL OIL, GAS, PETROLEUM, AND OTHER HYDROCARBON SUBSTANCES AND MINERALS WITHIN OR UNDERLYING SAID LAND, AS RESERVED BY PETER G. BOUMA, IN THE DEED RECORDED JANUARY 14, 1977, IN BOOK 5001, PAGE 1552 OF OFFICIAL RECORDS, AS DOCUMENT NO. 3231.

**PARCEL 19: APN: 050-270-06-00 & 050-270-015-00**

LOT 12 AND ALL THAT PORTION OF LOT 13 LYING EAST OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD IN THE HILLCREST TRACT, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 14, 1911, IN BOOK 2, PAGE 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. SAID SOUTHERN PACIFIC RAILROAD RIGHT OF WAY BEING A STRIP OF LAND 100 FEET IN WIDTH, CREATED IN THE DEED TO STOCKTON AND TULARE RAILROAD COMPANY, RECORDED MAY 19, 1988, IN BOOK 27, PAGES 41, 42 & 43 OF DEEDS, AND SUBSEQUENTLY SHOWN ON THE MAP OF SAID TRACT.

EXCEPTING THEREFROM, THE RIGHTS OR INTEREST CONVEYED TO THE COUNTY OF KERN, IN ALL THAT PORTION OF LOT 13, LYING WITHIN THE RELINQUISHED PORTION OF SUPERSEDED HIGHWAY, DESCRIBED IN THE INSTRUMENT RECORDED JANUARY 10, 1948, IN BOOK 1341, PAGE 446 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1184.

**PARCEL 20: APN: 050-270-14-00**

ALL THAT PORTION OF LOT 5, LYING EAST OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD IN THE HILLCREST TRACT, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 14, 1911, IN BOOK 2, PAGE 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. SAID SOUTHERN PACIFIC RAILROAD RIGHT OF WAY BEING A STRIP OF LAND 100 FEET IN WIDTH, CREATED IN THE DEED TO STOCKTON AND TULARE RAILROAD COMPANY, RECORDED MAY 19, 1988, IN BOOK 27, PAGES 41, 42 & 43 OF DEEDS, AND SUBSEQUENTLY SHOWN ON THE MAP OF SAID TRACT.

EXCEPTING THEREFROM, ALL OF THE PETROLEUM, GAS, ASPHALTUM AND OTHER HYDROCARBONS AND OTHER MINERALS, WHETHER SIMILAR TO THOSE HEREIN SPECIFIED OR NOT, WITHIN OR UNDERLYING OR THAT MAY BE PRODUCED FROM THE PROPERTY ABOVE DESCRIBED, AS RESERVED BY LILLIAM H. BEARDSLEY, A WIDOW, STEPHEN T. CLIFFORD, A SINGLE MAN, AND LINDA M. CLIFFORD, A SINGLE WOMAN, IN

THE DEED RECORDED DECEMBER 31, 1963, IN BOOK 3676, PAGE 677 OF OFFICIAL RECORDS, AS DOCUMENT NO. 80736.

**PARCEL 21: APN: 049-110-25-00**

A PARCEL OF LAND IN THE NORTHEAST QUARTER OF SECTION 9, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE OFFICIAL PLAT THEREOF, BEING A PORTION OF THE 5.6-ACRE PARCEL OF LAND DESCRIBED IN THE DEED TO THE UNITED STATES OF AMERICA, DATED MAY 13, 1949, AND RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON JULY 10, 1950 IN BOOK 1712 OF OFFICIAL RECORDS AT PAGE155, AND A PORTION OF THE 10.0-ACRE PARCEL OF LAND DESCRIBED AS TRACT 1 OF PARCEL ONE IN SCHEDULE "A" OF THE DECREE ON DECLARATION OF TAKING DATED JANUARY 3, 1950, IN AN ACTION ENTITLED UNITED STATES OF AMERICA, PLAINTIFF, VS. 303.3-ACRES OF LAND, MORE OR LESS, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, MARIN CURATEN, ALSO KNOWN AS M. CURATEN, ET AL., DEFENDANTS IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA, NORTHERN DIVISION, CIVIL NO. 894-ND; A CERTIFIED COPY OF SAID DECREE WAS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON JANUARY 11, 1950 IN BOOK 1648 OF OFFICIAL RECORDS AT PAGE 325 AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTH QUARTER CORNER OF SAID SECTION 9;

THENCE, ALONG THE NORTHERLY BOUNDARY OF SAID 5.8-ACRE PARCEL, WHICH IS IN THE NORTHERLY BOUNDARY OF THE NE 1/4 OF SAID SECTION 9, SOUTH 89° 57' EAST 28.6 FEET;

THENCE, ENTERING SAID 5.8-ACRE PARCEL SOUTH 6° 17' EAST 230.7 FEET;

THENCE, SOUTH 23° 49' EAST 184.4 FEET;

THENCE, SOUTH 29° 52' EAST 302.5 FEET TO THE BOUNDARY COMMON TO SAID 5.8-ACRE PARCEL AND SAID 10.0 ACRE PARCEL;

THENCE, ENTERING SAID 10.0-ACRE PARCEL SOUTH 29° 52' EAST 106.7 FEET;

THENCE, SOUTH 22° 47' EAST 131.3 FEET;

THENCE, SOUTH 08° 38' EAST 130.2 FEET;

THENCE, SOUTH 00° 06' WEST 317.8 FEET TO THE SOUTHERLY BOUNDARY OF SAID 10.0-ACRE PARCEL;

THENCE, ALONG SAID SOUTHERLY BOUNDARY NORTH 89° 58' WEST 403.8 FEET TO THE WESTERLY BOUNDARY OF SAID 10.0-ACRE PARCEL;

THENCE, ALONG THE WESTERLY BOUNDARY OF SAID 10.0-ACRE PARCEL, WHICH IS IN THE WESTERLY BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 9, NORTH

0° 05' EAST 660.1 FEET TO THE BOUNDARY COMMON TO SAID 5.8-ACRE PARCEL AND SAID 10.0-ACRE PARCEL;

THENCE, LEAVING SAID COMMON BOUNDARY AND RUNNING ALONG THE WESTERLY BOUNDARY OF SAID 5.8-ACRE PARCEL, WHICH IS IN THE WESTERLY BOUNDARY OF THE NORTHEAST QUARTER OF SAID SECTION 9, NORTH 0° 05' EAST 660.0 FEET TO THE POINT OF BEGINNING.

SAID PARCEL OF LAND IS A PORTION OF LOTS 5 AND 13 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY, TOGETHER WITH, THAT PORTION OF HRONIS STREET, AS ABANDONED BY RESOLUTION NO. 810497, RECORDED MAY 18, 1981, IN BOOK 5375, PAGE 733 OF OFFICIAL RECORDS, AS DOCUMENT NO. 050848, OF OFFICIAL RECORDS, WHICH WOULD PASS BY OPERATION OF LAW.

EXCEPTING FROM, THAT PORTION LYING WITHIN LOT 13, AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS, PETROLEUM AND OTHER HYDROCARBON AND OTHER SUBSTANCES WITHIN OR UNDERLYING SAID LAND, AS RESERVED BY HENRY RAY ALLEN AND ELLA REBECCA ALLEN, HIS WIFE, IN THE DEED RECORDED APRIL 11, 1944 IN BOOK 117, PAGE 436 OF OFFICIAL RECORDS, AS DOCUMENT NO. 8646.

EXCEPTING FROM, THAT PORTION LYING WITHIN LOT 5, THE OIL, GAS AND OTHER HYDROCARBONACEOUS SUBSTANCES THEREIN OR THEREUNDER, PROVIDED, HOWEVER, THAT NO DIGGING OR DRILLING FOR EXPLORATION OR EXTRACTION OF SUCH OIL, GAS, OR HYDROCARBONACEOUS SUBSTANCES SHALL EVER BE CONDUCTED WITHIN THE BOUNDARIES OF SAID LAND, AS RESERVED BY PETE B. PERICH, A WIDOW, IN THE DEED RECORDED JULY 10, 1950, IN BOOK 1712, PAGE 155 OF OFFICIAL RECORDS, AS DOCUMENT NO. 28296.

ALSO EXCEPTING FROM, THAT PORTION LYING WITHIN LOT 13, ALL THE RIGHTS RESERVED BY THE UNITED STATES OF AMERICA, IN THE DEED RECORDED APRIL 26, 1962, IN BOOK 3486, PAGE 333 OF OFFICIAL RECORDS, AS DOCUMENT NO. 25305.

**PARCEL 22: INTENTIONALLY DELETED**

**PARCEL 23: INTENTIONALLY DELETED**

**PARCEL 23A: INTENTIONALLY DELETED**

**PARCEL 24: INTENTIONALLY DELETED**

**PARCEL 25: APN: 049-110-49-00**

LOT 12 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO.1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THE SOUTHERLY 50 FEET OF THE EASTERLY 50 FEET THEREOF.

ALSO EXCEPTING THEREFROM 3/4THS OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND MINERALS THEREIN AND THEREUNDER, TOGETHER WITH ALL EASEMENTS AND RIGHTS NECESSARY OR CONVENIENT FOR THE PRODUCTION, STORAGE AND TRANSPORTATION THEREOF AND EXPLORATION AND TESTING OF THE SAID REAL PROPERTY, AND ALSO THE RIGHT TO DRILL FOR, PRODUCE AND USE WATER FROM SAID PROPERTY IN CONNECTION WITH ITS DRILLING OR MINING OPERATIONS THEREIN, AS RESERVED BY CALIFORNIA LANDS INC., A CALIFORNIA CORPORATION, IN DEED DATED JUNE 8,1938 AND RECORDED JULY 2, 1938 IN BOOK 809, PAGE 91 OF OFFICIAL RECORDS, AS DOCUMENT NO. 15579.

**PARCEL 25A:**

AN APPURTENANT EASEMENT FOR INGRESS, EGRESS AND ROAD PURPOSES OVER THE EAST 20 FEET OF LOT 4 OF SAID RICHGROVE LAND COMPANY'S COLONY TRACT NO.1, AS DISCLOSED IN DOCUMENT RECORDED DECEMBER 30, 1991, IN BOOK 6613, PAGE 583 OF OFFICIAL RECORDS.

**PARCEL 25B:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 26: APN: 049-110-29-01 AND 049-110-29-02**

THE SOUTHERLY 50 FEET OF THE EASTERLY 50 FEET OF LOT 12 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO.1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**PARCEL 27: INTENTIONALLY DELETED**

**PARCEL 27A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 28: APN: 050-270-07-00**

ALL THAT PORTION OF LOT 20 LYING WEST OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD IN THE HILLCREST TRACT, IN THE UNINCORPORATED AREA OF THE

COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 14, 1911, IN BOOK 2, PAGE 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. SAID SOUTHERN PACIFIC RAILROAD RIGHT OF WAY BEING A STRIP OF LAND 100 FEET IN WIDTH, CREATED IN THE DEED TO STOCKTON AND TULARE RAILROAD COMPANY, RECORDED MAY 19, 1988, IN BOOK 27, PAGES 41, 42 & 43 OF DEEDS, AND SUBSEQUENTLY SHOWN ON THE MAP OF SAID TRACT.

EXCEPTING THEREFROM, ALL OF THE PETROLEUM, GAS, ASPHALTUM AND OTHER HYDROCARBONS AND OTHER MINERALS, WHETHER SIMILAR TO THOSE HEREIN SPECIFIED OR NOT, WITHIN OR UNDERLYING, OR THAT MAY BE PRODUCED FROM SAID LAND, AS RESERVED BY LILLIAN H. BEARDSLEY, A WIDOW, STEPHEN T. CLIFFORD, A SINGLE MAN, AND LINDA M. CLIFFORD, A SINGLE WOMAN, IN THE DEED RECORDED DECEMBER 31, 1963, IN BOOK 3676, PAGE 677 OF OFFICIAL RECORDS, AS DOCUMENT NO. 80736.

**PARCEL 29: INTENTIONALLY DELETED**

**PARCEL 30-32: INTENTIONALLY DELETED**

**TRACT C**

**THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA OF KERN, COUNTY OF KERN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:**

**PARCEL 1: APN: 049-020-06-01**

THE WEST HALF OF THE NORTHWEST QUARTER OF FRACTIONAL SECTION 3, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF ALL OIL, GAS, HYDROCARBONS, AND OTHER MINERAL RIGHTS, AS RESERVED BY L.R. BILLINGS, AS EXECUTOR OF THE WILL OF ELMER W. HARRIS, DECEASED, IN DEED RECORDED NOVEMBER 5, 1958 IN BOOK 3031, PAGE 64 AS DOCUMENT NO. 61974 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE-FOURTH OF ALL THE OIL, GAS, HYDROCARBONS AND OTHER MINERALS, AS RESERVED BY ELVA DAU SAY WHO ACQUIRED TITLE AS ELVA DAU, IN DEED RECORDED DECEMBER 29, 1977 IN BOOK 5078, PAGE 557 AS DOCUMENT NO. 60741 OF OFFICIAL RECORDS.

**PARCEL 2: APN: 049-250-01-00**

LOTS 65 AND 73 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

**PARCEL 3: APN: 049-250-02-00**

LOT 66 AND THE NORTH HALF OF LOT 74 OF RICHGROVE LAND COMPANY'S COLONY TRACT NO. 1, IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF RECORDED FEBRUARY 18, 1911, IN BOOK 2, PAGE 17 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

EXCEPTING THEREFROM, ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN, UPON OR UNDER SAID PREMISES OR ANY PORTION THEREOF, AND THE RIGHT TO PROSPECT FOR THE SAME AND TO DRILL FOR AND TO PRODUCE AND TAKE AWAY THE SAME, AND LIKEWISE RESERVING UNTO HER AND TO HER HEIRS, SUCCESSORS, AND ASSIGNS, THE RIGHT TO ENTER UPON SAID PREMISES FOR THE ABOVEMENTIONED PURPOSES FROM TIME TO TIME WITH DUE REGARD TO THE USE OF THE SAME BY THE GRANTEE, ALL AS RESERVED BY IDA BELL COLING, A WIDOW, IN THE DEED RECORDED MARCH 1, 1946, IN BOOK 1310, PAGE 17 OF OFFICIAL RECORDS, AS DOCUMENT NO. 8380.

**PARCEL 3A:**

A PERPETUAL EASEMENT OF INGRESS AND EGRESS AND TO CONVEY WATER THROUGH THE UNDERGROUND PIPELINE OVER THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 8, TOWNSHIP 25 SOUTH, RANGE 26 EAST, MOUNT DIABLO MERIDIAN, AS DISCLOSED IN THE DOCUMENT ENTITLED EASEMENT AND WATER SHARE AGREEMENT, RECORDED MARCH 6, 1992, IN BOOK 6641, PAGE 0809 OF OFFICIAL RECORDS, AS DOCUMENT NO. 031040.

**PARCEL 4: APN: 051-110-29**

THE NORTHEAST QUARTER OF SECTION 21, TOWNSHIP 25 SOUTH, RANGE 27 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF ALL MINERALS AND MINERAL RIGHTS OF EVERY KIND AND CHARACTER (EXCEPT WATER AND WATER RIGHTS) NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED, INCLUDING WITHOUT LIMITING THE GENERALITY OF THE FOREGOING OIL, GAS AND RIGHTS THERETO, TOGETHER WITH THE SOLE, EXCLUSIVE AND PERPETUAL RIGHT TO EXPLORE FOR, REMOVE AND DISPOSE OF SAID MINERALS BY ANY MEANS OR METHODS SUITABLE TO GRANTOR, ITS SUCCESSORS AND ASSIGNS, BUT WITHOUT ENTERING UPON OR USING THE SURFACE OF SAID LAND HEREIN DESCRIBED OR ANY PORTION OF THE SUBSURFACE WITHIN 500 FEET OF THE SURFACE OF SAID LAND, AS RESERVED BY ERNEST GAILLARD, JR. AND MIGNONNE NASH GAILLARD, HUSBAND AND WIFE, AS JOINT TENANTS, IN DEED RECORDED DECEMBER 31, 1981 IN BOOK 5428, PAGE 1002 AS DOCUMENT NO. 063620 OF OFFICIAL RECORDS.

**PARCEL 5: APN: 051-110-28 & 051-110-30**

THE NORTHWEST QUARTER OF SECTION 21, TOWNSHIP 25 SOUTH, RANGE 27 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF OF ALL MINERALS AND MINERAL RIGHTS OF EVERY KIND AND CHARACTER (EXCEPT WATER AND WATER RIGHTS) NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED, INCLUDING WITHOUT LIMITING THE GENERALITY OF THE FOREGOING OIL, GAS AND RIGHTS THERETO, TOGETHER WITH THE SOLE, EXCLUSIVE AND PERPETUAL RIGHT TO EXPLORE FOR, REMOVE AND DISPOSE OF SAID MINERALS BY ANY MEANS OR METHODS SUITABLE TO GRANTOR, ITS SUCCESSORS AND ASSIGNS, BUT WITHOUT ENTERING UPON OR USING THE SURFACE OF SAID LAND HEREIN DESCRIBED OR ANY PORTION OF THE SUBSURFACE WITHIN 500 FEET OF THE SURFACE OF SAID LAND, AS RESERVED BY ERNEST GAILLARD, JR. AND MIGNONNE NASH GAILLARD, HUSBAND AND WIFE, AS JOINT TENANTS, IN DEED RECORDED DECEMBER 31, 1981 IN BOOK 5428, PAGE 1002 AS DOCUMENT NO. 063620 OF OFFICIAL RECORDS.

**PARCEL 6: APN: 177-010-06-01**

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER; AND THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF FRACTIONAL SECTION 2, TOWNSHIP 30 SOUTH, RANGE 29 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL MINERALS OF EVERY KIND AND NATURE WHATSOEVER INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, PETROLEUM, OIL, ASPHALTUM, GAS AND ALL OTHER HYDROCARBON SUBSTANCES, CARBON DIOXIDE, NITROGEN, SULFUR DIOXIDE, HELIUM, AND ALL OTHER NATURAL GASES, TOGETHER WITH THE EXCLUSIVE RIGHT TO PROSPECT, BORE, DRILL FOR AND PRODUCE ANY OR ALL OF SUCH MINERALS EITHER BY MEANS OF FACILITIES LOCATED ON SAID LAND OR LOCATED ON ADJOINING OR NEARBY LANDS; AND FURTHER RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE EXCLUSIVE EASEMENTS AND RIGHT TO BORE OR DRILL IN AND THROUGH SAID ABOVE-DESCRIBED PROPERTY TO EXPLORE FOR AND EXTRACT PETROLEUM, OIL, ASPHALTUM, GAS, AND OTHER HYDROCARBON SUBSTANCES, NITROGEN, CARBON DIOXIDE, SULFUR DIOXIDE, HELIUM AND ALL OTHER NATURAL GASES AND MINERALS OF EVERY KIND AND NATURE WHATSOEVER FROM ADJOINING OR NEARBY LANDS, GRANTOR ALSO RESERVES THE RIGHT TO DRILL FOR, DEVELOP, AND USE SUCH WATER ON SAID ABOVE-DESCRIBED PROPERTY AS GRANTOR MAY REQUIRE FOR ITS DRILLING AND/OR PRODUCING OPERATIONS ONLY, ALL AS RESERVED BY SOCONY MOBIL OIL CO., INC., A NEW YORK CORPORATION, SUCCESSOR IN INTEREST TO GENERAL PETROLEUM CORPORATION, IN DEED RECORDED AUGUST 8, 1962 IN BOOK 3517, PAGE 213 AS DOCUMENT NO. 46382 OF OFFICIAL RECORDS.

**PARCEL 7: APN: 503-010-16**

THAT PORTION OF THE RANCHO EL TEJON, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, PATENTED BY THE UNITED STATES OF AMERICA TO JOSE ANTONIO AGUIRRE AND IGNACIO DEL VALLE, BY PATENT RECORDED IN BOOK 2, PAGE 24 OF PATENTS, IN OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

PARCEL C-16, AS SHOWN ON THE RECORD OF SURVEY MAP RECORDED JULY 5, 1968 IN BOOK 9, PAGE 146 OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, BEING A PORTION OF LOT 37 OF SAID RANCHO EL TEJON, IN SECTION 10, TOWNSHIP 31 SOUTH, RANGE 30 EAST MOUNT DIABLO BASE AND MERIDIAN, AS MORE PARTICULARLY SHOWN ON SAID RECORD OF SURVEY MAP.

EXCEPTING THEREFROM THE EASTERLY 330 FEET OF THE NORTH HALF OF SAID PARCEL C-16.

ALSO EXCEPTING THEREFROM THOSE PORTIONS, IF ANY, WITHIN THE FEE SIMPLE PARCELS TAKEN BY FINAL DECREE OF CONDEMNATION, A CERTIFIED COPY OF WHICH WAS RECORDED FEBRUARY 24, 1970 IN BOOK 4369, PAGE 405 AS DOCUMENT NO. 09844 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL OIL, GAS AND MINERAL RIGHTS, AS RESERVED BY TEJON RANCH CO., IN DEED RECORDED OCTOBER 30, 1970 IN BOOK 4453, PAGE 438 AS DOCUMENT NO. 67431 OF OFFICIAL RECORDS. A QUITCLAIM DEED RECORDED OCTOBER 30, 1970 IN BOOK 4453, PAGE 502 AS DOCUMENT NO. 67445 OF OFFICIAL RECORDS, EXECUTED BY TEJON RANCH CO., A CALIFORNIA CORPORATION, DOES REMISE, RELEASE AND FOREVER QUITCLAIM TO CHARLES N. HEIN, JR., ET AL, ALL RIGHT TO THE USE OF THE SURFACE OF SAID LAND OR ANY OTHER PORTION THEREOF ABOVE A DEPTH OF 500 FEET FROM THE SURFACE THEREOF, FOR THE PURPOSE OF DRILLING FOR OR DEVELOPING ANY OIL, GAS, MINERALS, OR OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND, PROVIDED, HOWEVER, THAT GRANTORS HEREIN, THEIR HEIRS OR ASSIGNS SHALL HAVE THE RIGHT TO DEVELOP SUCH SUBSTANCES BY SLANT DRILLING FROM LOCATIONS ON ADJACENT LANDS AT DEPTHS OF MORE THAN 500 FEET OR FROM EASEMENTS FOR DRILLING SITES ON THE SURFACE OF THE ABOVE REAL PROPERTY. SAID DRILLING SITES ARE MORE PARTICULARLY DESCRIBED IN AN EASEMENT DEED RECORDED OCTOBER 30, 1970 IN BOOK 4453, PAGE 474 AS DOCUMENT NO. 67439 OF OFFICIAL RECORDS.

**PARCEL 8-11: INTENTIONALLY DELETED**

Schedule 4.7

Permitted Liens

(Attached)

| | *Estimated Balance:* | *Loan Parties* | *UCC-1* | *Filing State* | *Description* | *Purpose* |
|---|---|---|---|---|---|---|
| lobal Merchant Cash Inc - Wall Street Funding | 1,430,721 | Hronis, Inc | 240064385426 | CA | All Assets | MCA- Working Capital |
| True Business Funding | 615,214 | Hronis, Inc.; Kosta James Hronis; Peter John Hronis | | CA | Future Receipts | MCA- Working Capital |
| Pinnacle Business Loan | 615,214 | Hronis, Inc.; Kosta James Hronis; Peter John Hronis; Fruit Royale; Hronis Capital Management LLC; Hronis Fruit Company LLC; Hronis Racing LLC; Hronis Ranch LLC; International Fruit Company Inc; Shamrock Transport LLC; The Peter Hronis Company LLC | | CA | Blanket Security Interest | MCA- Working Capital |
| Webfunder | 887,500 | Hronis Fruit Company LLC; International Fruit Company, Inc.; Hronis Citrus, LLC; Hronis Racing, LLC; The Peter Hronis Company LLC; Hronis Ranch, LLC; Shamrock Transport, LLC; Hronis Capital Management, LLC; Hronis, Inc; Fruit Royale, Inc. | 240062279227 | CA | Receipts, Accounts, and Proceeds | MCA- Working Capital |
| Square Advance | 1,440,000 | Hronis Fruit Company LLC | 240069694133 | CA | All Assets | MCA- Working Capital |
| nion Funding | 528,062 | Hronis Fruit Company LLC; Peter J Hronis; Kosta J Hronis; Internatinal Fruit Company, Inc.; Hronis Citrus, LLC; Hronis Racing, LLC; The Peter Hronis Company LLC; Hronis Ranch, LLC; Shamrock Transport, LLC; Hronis Capital Management, LLC; Fruit Royale, Inc.; Hronis, Inc. | | CA | Blanket Security Interest | MCA- Working Capital |
| lobal Merchant Cash Inc - Wall Street Funding | 689,764 | International Fruit Company, Inc.; Peter John Hronis; Kosta James Hronis; Hronis Farming, LP; Hronis Citrus, LLC; Hronis, Inc. | | CA | Blanket Security Interest | MCA- Working Capital |
| Webfunder | 497,000 | Fruit Royale, Inc.; Peter J Hronis; Kosta J Hronis; Hornis Fruit Company LLC; International Fruit Company, Inc.; Hronis Racing, LLC; Shamrock Transport, LLC; Hronis Capital Management, LLC; Hronis, Inc. | 240063691626 | CA | All Assets | MCA- Working Capital |
| Oakwood | 1,488,000 | Hronis Fruit Company LLC; International Fruit Company, Inc.; Hronis Citrus, LLC; Hronis Racing, LLC; The Peter Hronis Company LLC; Hronis Ranch, LLC; Shamrock Transport, LLC; Hronis Capital Management, LLC; Hronis, Inc; Fruit Royale, Inc. | 240069696835 | CA | All Assets | MCA- Working Capital |
| Essentia Funding | 496,664 | Hronis Inc.; Pete Hronis; Kosta Hronis; International Fruit Company Inc; Fruit Royale Inc; Hronis Fruit Company LLC; Hronis Racing LLC | | CA | Blanket Security Interest | MCA- Working Capital |
| Essentia Funding | 496,664 | Hronis Inc.; Pete Hronis; Kosta Hronis; International Fruit Company Inc; Fruit Royale Inc; Hronis Fruit Company LLC; Hronis Racing LLC | | CA | Blanket Security Interest | MCA- Working Capital |
| Essentia Funding | 496,664 | Hronis Inc.; Pete Hronis; Kosta Hronis; International Fruit Company Inc; Fruit Royale Inc; Hronis Fruit Company LLC; Hronis Racing LLC | | CA | Blanket Security Interest | MCA- Working Capital |

| | *Estimated Balance:* | *Loan Parties* | *UCC-1* | *Filing State* | *Description* | *Purpose* |
|---|---|---|---|---|---|---|
| Wynwood Capital | 813,450 | Hronis Fruit Company LLC; Peter John Hronis; Kosta James Hronis; International Fruite Company, Inc.; Hronis, Inc.; Hronis Citrus, LLC; Hronis Racing, LLC; The Peter Hronis Company LLC; Central California Orange rowers Cooperative; California rape rowers Cooperative; Hronis Ranch, LLC; Shamrock Transport, LLC; Hronis Capital Assets,LP; The Hronis Family Limited Partnership; Del Mar Thoroughbred Club; Fruit Royale, Inc; Hronis Resource Management, LLC; Hronis Farming, LP; The Kosta Hronis Company LLC; Hronis Capital Management, LLC | | CA | Blanket Security Interest | MCA- Working Capital |
| nion Funding | 781,000 | Hronis Fruit Company LLC; Peter J Hronis; Kosta J Hronis; Internatinal Fruit Company, Inc.; Hronis Citrus, LLC; Hronis Racing, LLC; The Peter Hronis Company LLC; Hronis Ranch, LLC; Shamrock Transport, LLC; Hronis Capital Management, LLC; Fruit Royale, Inc.; Hronis, Inc. | | CA | Blanket Security Interest | MCA- Working Capital |
| F& | 427,656 | International Fruit Company, Inc.; Peter John Hronis | NA | NA | nsecured | Personal Loan- Working Capital |
| AgAmerica | 20,000,000 | Hronis Ranch, LLC; The Hronis Family Limited Partnership; Hronis Land Company; Hronis Citrus, LLC; Hronis Capital Assets, LP; Peter John Hronis; Kosta James Hronis | 240000216816 | CA | DOT on real property and Fixture Filing | Real estate term loan |
| AgAmerica | 50,000,000 | Hronis Ranch, LLC; The Hronis Family Limited Partnership; Hronis Land Company; Hronis Citrus, LLC; Hronis Capital Assets, LP; Peter John Hronis; Kosta James Hronis | 240000216816 | CA | DOT on real property and Fixture Filing | Real estate term loan |
| Equipment Loans | 1,480,484 | | | | | |
| Deere & Company | | Hronis, Inc; Kosta James Hronis | 220163267527 | CA | Specific Equipment | Equipment Purchase |
| Deere & Company | | Hronis, Inc; Kosta James Hronis | 230023490529 | CA | Specific Equipment | Equipment Purchase |

Schedule 5.4

Post-Closing Deliverables

1. Real Estate Deliverables.

A. Borrower shall have delivered to the Lender of a policy of title insurance from an insurance company with a Demotech rating of A insuring the Lender's interest in the Real Property Collateral, which cooperation shall be deemed to include, but not by way of limitation, doing all things necessary to satisfy the requirements set forth in said title insurance commitment or added thereto by the issuer thereof (including the payment of premiums).

B. Borrower shall have delivered to the Lender a filled-in copy of the Environmental uestionnaire, which shall indicate that no environmental ha ards are present on the Real Property Collateral.

C. Borrower shall have delivered a certificate from any of its senior officers certifying as to compliance with the requirements of Section 6.4 of this Agreement.

2. Account Control Agreements. The Lender shall have received an Account Control Agreements over the .S. Bank Account, duly executed by, in addition to the applicable Borrower, the applicable financial institution.

Schedule 6.31.1

List of Borrower's Farm Products

As of October 28, 2024:

rapes on the ine: Approximately 482,183 Finished Cases

Citrus on Trees: Approximately 40,000 Bins

Schedule 6.31.2

List of Borrower's Inventory

As of October 28, 2024:

577,166 Cases of Table rapes in Hronis Cold Storage located at 10443 Hronis Road, Delano California 93215

Schedule 6.31.3

List of Borrower's Buyers of Borrower's Farm Products

A -MART ENTERPRISES
2478 MITCHELL A E.
CLO IS, CA 93611-5918

ALDI FREDERICK
8751 AS HO SE PIKE
FREDERICK, MD 21701

ALDI SA ONB R
6000 NORTH NOAH DR.
SA ONB R , PA 16056

BA SHORE PROD CE LLC
PO BO 531110
MIAMI, FL 33153-1110

CHENAIL FR ITS ET LE MES
340 BELLARMIN
MONTREAL, P , CANADA H2P-1 5

C.H. ROBINSON CO. CHICA O BRANCH NO. 009
1200 INTL PKW , STE 150
WOODRID E, IL 60517-5125

CLASS PROD CE RO P LLC
PO BO 2003
JESS P, MD 20797-2003

COSTCO WHOLESALE
999 LAKE DR.
ISSA AH, WA 98027-8990

CROWN JEWELS PROD CE COMPAN
PO BO 25430
FRESNO, CA 93729-5430

C STOM PROD CE
PO BO 977
KIN SB R , CA 93631

D.L.J. PROD CE INC.
2201 N LAKEWOOD BL D
STE D, 1881
LON BEACH, CA 90815

FOOD LION LLC
PO BO 519
DIST ACCTS PA ABLE DEPT.
SALISB R , NC 28145-0519

FRESH AD ANCEMENTS INC.
333 ONT FOOD TERM. 165 THE EENSWA
TORONTO, ON, CAN M8 1H8

FRESH TASTE PROD CE
343-345 ONT FOOD TERM. 165 THE EENSWA
TORONTO, ON, CAN M8 1H8

MAC EDWARDS PROD CE & CO. INC.
PO BO 661688
MIAMI, FL 33266-1688

METRO INC.
1600 MONTEE MASSON
LA AL, C H7E 4P2

METRO ONTARIO INC.
11701 BO L ALBERT H DON
MONREAL C H16 3K6

METRO RICHELIE INC.
11701 BO L ALBERT H DON
MONTREAL C H1 3K6

PI L WI L ALABAMA DIST CO INC
PO BO 2400
BESSEMER, AL 35021-2400

ROBINSON FRESH MONTERE
100 WILSON RD., STE 200
MONTERE , CA 93940-7885

ROBINSON FRESH PHILADELPHIA
4 ECHELON PLA A, 201 LA REL RD.
5TH FLOOR
OORHEES, NJ 08043

TRADER JOE'S COMPAN
PO BO 5049
MONRO IA, CA 91017

ESTA FOODSER ICE
13527 ORDEN DR OR STATE RE 59202
SANTA FE SPRIN S, CA 90670

WAL-MART STORES, INC.
702 S. W. EI   HTH STREET
BENTON   ILLE, AR 72716

WAL-MART INT'L ACCO   NTIN
ATTN: ACCO   NTS PA   ABLE
1301 SE 10TH STREET
BENTON   ILLE, AR 72716-0655

WESCOTT A   RI PROD HONE   BEAR MKT
28085 CO   NT   RD 25
EL   IN, MN 55932

AN FR   ITS LLC
4200 TR   T   N A   E, STE 300
BAKERSFIELD, CA 93309

KIN   FRESH PROD   CE
4731 A   EN   E 400
DIN   BA, CA 93618