GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Defendant
DLP FUNDING, LLC

[Captioned Continued on Next Page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01025<br><br>DCN: DLP-1 |
| CONTERRA AGRICULTURAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DLP FUNDING, LLC,<br><br>Defendant. | **Stipulation to Extend the Deadline for Defendant DLP Funding, LLC to File a Response to Plaintiff's Complaint**<br><br>[No Hearing Required] |

Continuation of Caption:

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Defendant
DLP FUNDING, LLC

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**

The above-named Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to extend the deadline for Defendant DLP Funding, LLC to respond to Plaintiff Conterra Agricultural Capital, LLC's Complaint [Adv. Dkt. No. 6] to June 11, 2026, pursuant to Local Rule 7012-1, and as set forth below.

**RECITALS**

A. On April 30, 2026, the United States District Court in the action entitled, *Conterra Agricultural Capital, LLC v. DLP Funding, LLC,* Case No. 1:26-cv-00122-CDB (the "District Court Action"), entered an order on the stipulation of the parties referring the action to the United States Bankruptcy Court for the Eastern District of California and terminating as moot Defendant's then-pending motion to dismiss. (Case No. 1:26-cv-00122-CDB at Dkt. No. 18).

B. On May 13, 2026, Plaintiff filed its *Notice of Referral* with this Court, whereby the District Court Action was referred and transferred to this Court, commencing the above-captioned adversary proceeding, and staying the District Court Action pending resolution of the bankruptcy proceedings or until further order of the District Court.

C. At this time, the Parties have agreed to extend the deadline to June 11, 2026, for Defendant DLP Funding, LLC to respond to Plaintiff's Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND AMONG THE PARTIES THAT:**

1. The foregoing Recitals are incorporated in full by this reference.

2. The deadline for Defendant DLP Funding, LLC to respond to Plaintiff's Complaint is hereby extended to June 11, 2026. Plaintiff's Complaint is located on the docket of this adversary proceeding at Dkt. No. 6 through Dkt. No. 11.

3. Pursuant to Local Rule 7012-1, since this is the first extension and the extension is less than thirty days, no separate order is needed.

4. The Stipulation may be executed in one or more separate counterparts, and signatures by e-mail shall be deemed as originals.

**SO STIPULATED AND AGREED.**

Date: May 25, 2026

MILLER NASH LLP

By: [signature]
Bernie Kornberg

Attorneys for Plaintiff
CONTERRA AGRICULTURAL
CAPITAL, LLC

Date: May 25, 2026

KAMINSKI LAW, PLLC

By: [signature]
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Defendant
DLP FUNDING, LLC

-and-

SALVATO BOUFADEL LLP

By: /s/ Joseph Boufadel
Joseph Boufadel

Local Counsel for Defendant
DLP FUNDING, LLC