GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Defendant
DLP FUNDING LLC

[Captioned Continued on Next Page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01025<br><br>DCN: DLP-2 |
| CONTERRA AGRICULTURAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DLP FUNDING LLC,<br><br>Defendant. | **Defendant DLP Funding LLC's Corporate Ownership Disclosure Statement [FRBP 7007.1]**<br><br>[No Hearing Required] |

Continuation of Caption:

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Defendant
DLP FUNDING LLC

**CORPORATE OWNERSHIP STATEMENT**

In accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant DLP Funding LLC ("**Defendant**"), submits its *Corporate Ownership Statement,* and states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Date: June 11, 2026

KAMINSKI LAW, PLLC

By: ________________________________
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Defendant
DLP FUNDING LLC

-and-

SALVATO BOUFADEL LLP

By: */s/ Joseph Boufadel*
Joseph Boufadel
Gregory M. Salvato

Local Counsel for Defendant
DLP FUNDING LLC