**5**

Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
Andrew Morton (Admitted Pro Hac Vice)
andy.morton@millernash.com
Brianna Morrison (Admitted Pro Hac Vice)
brianna.morrison@millernash.com
**MILLER NASH LLP**
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002

Marc Hirschfield (Admitted Pro Hac Vice)
mhirschfield@rccblaw.com
Marc F. Skapof (Admitted Pro Hac Vice)
mskapof@rccblaw.com
**ROYER COOPER COHEN BRAUNFELD LLC**
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Telephone: 212.994.0451

Attorneys for Plaintiff
Conterra Agricultural Capital, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>Hronis, Inc., *et al.*<br><br>Debtors. | Case No. 1:26-bk-10978<br>Jointly Administered<br><br>Chapter 11<br><br>Adv. No. 1:26-ap-01025<br><br>DCN: CAE-1 |
| Conterra Agricultural Capital, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DLP Funding LLC,<br><br>Defendant. | **JOINT STATUS REPORT RE DISCOVERY PLAN**<br><br><u>Status Conference</u>:<br><br>**Date:** July 8, 2026<br>**Time:** 11:00 a.m. PST<br>**Place:** Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>**Judge:** Hon. René Lastreto II |

# JOINT STATUS REPORT RE DISCOVERY PLAN

Plaintiff Conterra Agricultural Capital, LLC ("**Plaintiff**" or "**Conterra**") and Defendant DLP Funding LLC ("**Defendant**" or "**DLP**"), through counsel, submit the status report herein regarding the Joint Status Report re Discovery Plan, as follows:

## A. Procedural Background

1. On January 8, 2026, Conterra commenced an action entitled, *Conterra Agricultural Capital, LLC v. DLP Funding, LLC,* Case No. 1:26-cv-00122-CDB against the Defendant in the United States District Court, Eastern District of California (the "**California Eastern District Action**").

2. On March 6, 2026, Hronis, Inc. and certain affiliates (collectively, the "**Debtors**") filed voluntary petitions under Chapter 11 of Title 11 of the United States Code, commencing a bankruptcy case in the United States Bankruptcy Court, Eastern District of California. The matters are administratively consolidated in the lead case of *In re Hronis, Inc.*, Case No. 1:26-bk-10978 (the "**Bankruptcy Case**").

3. On March 31, 2026, DLP filed a Motion to Dismiss Conterra's Complaint Pursuant to F.R.C.P. Rules 12(b)(1), 12(b)(2), 12(b)(3), and Forum Non-Conveniens in the California Eastern District Action (the "**Motion to Dismiss**").

4. On April 27, 2026, Conterra and DLP (the "**Parties**") filed a Joint Stipulation to Refer the Action to this Court (the "**Joint Stipulation**").

5. On April 30, 2026, the California Eastern District entered its Order on the Joint Stipulation referring the California Eastern District Action to this Court pursuant to 28 U.S.C. § 157(a).

6. The California Eastern District further ordered that DLP's pending Motion to Dismiss be terminated as moot and stayed the California Eastern District Action pending resolution of the Bankruptcy case or further order.

7. On May 13, 2026, Conterra filed a Notice of Referral of the California Eastern District Action to this Court whereby the California Eastern District Action was

referred and transferred to this Court, commencing the above-captioned adversary proceeding. (Adv. Dkt. No. 1).

8. On May 25, 2026, the parties filed a Stipulation to Extend the Deadline for Defendant DLP Funding, LLC to File a Response to Plaintiff's complaint extending DLP's deadline to respond to Conterra's complaint to June 11, 2026. (Adv. Dkt. No. 12).

9. On June 11, 2026, DLP filed its answer to Plaintiff's complaint. (Adv. Dkt. No. 14).

**B. Discovery Conference**

10. On June 19, 2026, counsel for Conterra and DLP met and conferred regarding a discovery plan for this action pursuant to the Court's Scheduling Order and Federal Rule 26(f). Based on the discussions, Conterra anticipates that the matter will be resolved either by settlement or motion for summary judgment. DLP contends that the matter will likely be resolved either by settlement or trial. The Parties anticipate written discovery and depositions may be required.

11. The Parties considered the nature and basis of their claims and defenses and the possibility of a settlement. Settlement discussions are ongoing and an early settlement of this action is unlikely at this time.

**C. Initial Disclosures**

12. The Parties agree to make their Initial Discovery Disclosures on or before July 3, 2026.

**D. Suggested Deadlines**

13. At this time, the Parties anticipate that discovery will move expeditiously. Notwithstanding, the Parties are not opposed to extending the discovery deadlines if mutually agreed in this action or otherwise by further Order of this Court.

14. The Parties agree that service of written discovery and responses in this action will be completed electronically and will not be afforded any additional time for electronic service.

15. The Parties agree that the last day for discovery to be completed, including receipt of discovery responses and production but excluding any motions to compel, shall be October 31, 2026.

16. The Parties do not anticipate designating experts in this action at this time, while reserving their rights to designate experts by November 30, 2026.

17. The Parties agree that the last day to file dispositive motions shall be December 15, 2026.

18. The Parties agree that no other changes should be made in the timing, form, or requirement for disclosures under Federal Rule 26(a). This action is not considered complex.

19. The Parties request that the Court schedule a trial setting conference/pretrial conference to a date after the proposed deadline to file dispositive motions to discuss further deadlines in anticipation of trial.

Date: June 24, 2026

KAMINSKI LAW, PLLC

By: */s/Shanna M. Kaminski*
Shanna M. Kaminski
Admitted *pro hac vice*
Counsel for Defendant
DLP FUNDING LLC

SALVATO BOUFADEL LLP

By: */s/Joseph Boufadel*
Joseph Boufadel
Local Counsel for Defendant
DLP FUNDING LLC

Date June 24, 2026

MILLER NASH LLP

By: */s/Bernie Kornberg*________________
Bernie Kornberg
Counsel for Plaintiff
CONTERRA AGRICULTURAL CAPITAL, LLC