**2**

Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
Andrew Morton (admitted pro hac vice)
andy.morton@millernash.com
Brianna Morrison (admitted pro hac vice)
brianna.morrison@millernash.com
**MILLER NASH LLP**
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002

Marc Hirschfield (admitted pro hac vice)
mhirschfield@rccblaw.com
Marc F. Skapof (admitted pro hac vice)
mskapof@rccblaw.com
**ROYER COOPER COHEN BRAUNFELD LLC**
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Telephone: 212.994.0451

Attorneys for Plaintiff
Conterra Agricultural Capital, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>Hronis, Inc., *et al.*,<br><br>Debtors. | Case No. 1:26-bk-10978<br>Jointly Administered<br><br>Chapter 11 |
| Conterra Agricultural Capital, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DLP Funding LLC,<br><br>Defendant. | Adv. No. 1:26-ap-01025<br><br>**NOTICE OF SERVICE RE PLAINTIFF CONTERRA AGRICULTURAL CAPITAL, LLC'S INITIAL DISCLOSURES**<br><br>Status Conference:<br><br>**Date:** July 8, 2026<br>**Time:** 11:00 a.m. PST<br>**Place:** Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>**Judge:** Hon. René Lastreto II |

**NOTICE OF SERVICE**

I, Bernie Kornberg, hereby certify that, on July 2, 2026, a copy of *Plaintiff's Initial Disclosures* was served via U.S. Mail and E-Mail on the party below:

Joseph Boufadel
Salvato Boufadel LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: *Jboufadel@salvatoboufadel.com*

Date July 2, 2026

MILLER NASH LLP

By: */s/Bernie Kornberg*
Bernie Kornberg
Counsel for Plaintiff
CONTERRA AGRICULTURAL CAPITAL, LLC