3

SHANNA M. KAMINSKI (P74013)
*Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Defendant
DLP FUNDING LLC

[Captioned Continued on Next page]

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>HRONIS, INC., a California corporation, et al.,<br><br>Debtors-in-Possession. | Case No. 1:26-bk-10978<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 1:26-ap-01025 |
| CONTERRA AGRICULTURAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DLP FUNDING LLC,<br><br>Defendant. | **Notice of Service of Defendant DLP Funding LLC's Initial Discovery Disclosures**<br><br><u>Status Conference</u>:<br>Date: July 8, 2026<br>Time: 11:00 a.m. PST<br>Place: Courtroom 13 (5th Floor)<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge: Hon. René Lastreto II |

Continuation of Caption:

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 423-0931

Local Counsel for Defendant
DLP FUNDING LLC

## NOTICE OF SERVICE

I, Joseph Boufadel, certify that on July 3, 2026, I served copy of *Defendant DLP Funding LLC's Initial Discovery Disclosures* via e-mail on counsel for Plaintiff Conterra Agricultural Capital, LLC, as follows:

- **Bernie Kornberg** Bernie.kornberg@millernash.com
- **Brianna Morrison** Brianna.morrison@millernash.com
- **Andrew Morton** Andy.Morton@millernash.com
- **Edgar Rosales** Edgar.Rosales@MillerNash.com
- **Gina Barajas** Gina.Barajas@millernash.com

Date: July 8, 2026

KAMINSKI LAW, PLLC

By: */s/ Shanna M. Kaminski*
Shanna M. Kaminski
*Admitted pro hac vice*

Attorneys for Defendant
DLP FUNDING LLC

-and-

SALVATO BOUFADEL LLP

By: */s/ Joseph Boufadel*
Joseph Boufadel

Local Counsel for Defendant
DLP FUNDING LLC