**2**

Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
Andrew Morton (admitted pro hac vice)
andy.morton@millernash.com
Brianna Morrison (admitted pro hac vice)
brianna.morrison@millernash.com
**MILLER NASH LLP**
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002

Marc Hirschfield (admitted pro hac vice)
mhirschfield@rccblaw.com
Marc F. Skapof (admitted pro hac vice)
mskapof@rccblaw.com
**ROYER COOPER COHEN BRAUNFELD LLC**
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Telephone: 212.994.0451

Attorneys for Plaintiff
Conterra Agricultural Capital, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>Hronis, Inc., *et al.*,<br><br>Debtors. | Case No. 1:26-bk-10978<br>Jointly Administered<br><br>Chapter 11<br><br>Adv. No. 1:26-ap-01025 |
| Conterra Agricultural Capital, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DLP Funding LLC,<br><br>Defendant. | **PLAINTIFF CONTERRA AGRICULTURAL CAPITAL, LLC'S CORPORATE OWNERSHIP STATEMENT** |

In accordance with Federal Rule of Bankruptcy Procedure 7007.1, Plaintiff Conterra Agricultural Capital, LLC ("**Plaintiff**") hereby states that it is an Iowa limited liability company. Plaintiff's parent company is Conterra Holdings, LLC, an Iowa limited liability company, doing business as Conterra Ag Capital. Plaintiff submits that there is no publicly held corporation that owns 10% or more, directly or indirectly, of its stock.

Date July 8, 2026

MILLER NASH LLP

By: */s/Bernie Kornberg*
Bernie Kornberg
Counsel for Plaintiff
CONTERRA AGRICULTURAL CAPITAL, LLC