**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Hronis, Inc.
**Adversary Title:** Conterra Agricultural Capital, LLC v. DLP Funding, LLC

**Case No.:** 26-10978 - B - 11
**Adv No.:** 26-01025

**Docket Control No.** CAE-1
**Date:** 07/08/2026
**Time:** 11:00 AM

**Matter:** Status Conference Re: Notice of Removal - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Conterra Agricultural Capital, LLC against DLP Funding, LLC. (Fee $350.00) (eFilingID: 7642286) (dpas)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff's Attorney - Bernard J. Kornberg
**Respondent(s):**
(by zoom) Defendant's Attorney - Joseph Boufadel

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 8/26/2026 at 11:00 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record at the hearing on July 15, 2026, at 11:00 a.m. in the related matter of 26-1017 DLP Funding LLC v. Hronis, Inc., this status conference was continued to August 26, 2026, at 11:00 a.m.

The Plaintiff shall file and serve a status report on or before August 19, 2026.