**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | ) Case No.: 26-10978 - B - 11<br>) Adv No.: 26-01025<br>) Docket Control No.: CAE-1<br>) Document No.: 1 |
| Conterra Agricultural Capital, LLC,<br>Plaintiff,<br>v.<br>DLP Funding, LLC,<br>Defendant. | ) Date: 07/08/2026<br>) Time: 11:00 AM<br>) Dept: B |

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 29,

IT IS ORDERED that the status conference is CONTINUED to August 26, 2026, at 11:00 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the Plaintiff shall file and serve a status report on or before August 19, 2026.

**Dated:** Jul 17, 2026

**By the Court**

René Lastreto II

**René Lastreto II, Judge**
**United States Bankruptcy Court**

Status Conference Re: Notice of Removal - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Conterra Agricultural Capital, LLC against DLP Funding, LLC. (Fee $350.00) (eFilingID: 7642286) (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Bernard J. Kornberg
340 Golden Shores
Ste 450
Long Beach CA 90802

Joseph Boufadel
355 South Grand Avenue
Suite 2450
Los Angeles CA 90071-9500

Hronis, Inc.
10443 Hronis Road
Delano CA 93215

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Zev M. Shechtman
1888 Century Park East
Suite 1500
Los Angeles CA 90067