United States Bankruptcy Court
Eastern District of California

Conterra Agricultural Capital, LLC,
Plaintiff
DLP Funding, LLC,
Defendant

Adv. Proc. No. 26-01025-B

# CERTIFICATE OF NOTICE

District/off: 0972-1 User: auto 
Date Rcvd: Jul 17, 2026 Form ID: pdf021 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Bernard J. Kornberg, Miller Nash LLP, 340 Golden Shores, Ste 450, Long Beach, CA 90802-4229 |
| aty | | Joseph Boufadel, Salvato Boufadel LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071-9500 |
| | + | Hronis Inc., 10443 Hronis Rd, Delano, CA 93215-9556 |
| | + | Zev M Shechtman, 1888 Century Park East #1500, Los Angeles, CA 90067-1719 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion17.fr.ecf@usdoj.gov | Jul 18 2026 03:31:00 | Office of the US Trustee, 2500 Tulare St #1401, Fresno, CA 93721-1326 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026 Signature: /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | Case No.: 26-10978 - B - 11<br>Adv No.: 26-01025<br>Docket Control No.: CAE-1<br>Document No.: 1 |
| Conterra Agricultural Capital, LLC,<br>Plaintiff,<br>v.<br>DLP Funding, LLC,<br>Defendant. | Date: 07/08/2026<br>Time: 11:00 AM<br>Dept: B |

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 29,

IT IS ORDERED that the status conference is CONTINUED to August 26, 2026, at 11:00 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the Plaintiff shall file and serve a status report on or before August 19, 2026.

**Dated:** Jul 17, 2026

**By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**

Status Conference Re: Notice of Removal - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Conterra Agricultural Capital, LLC against DLP Funding, LLC. (Fee $350.00) (eFilingID: 7642286) (dpas)

# Instructions to Clerk of Court

## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Bernard J. Kornberg
340 Golden Shores
Ste 450
Long Beach CA 90802

Joseph Boufadel
355 South Grand Avenue
Suite 2450
Los Angeles CA 90071-9500

Hronis, Inc.
10443 Hronis Road
Delano CA 93215

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Zev M. Shechtman
1888 Century Park East
Suite 1500
Los Angeles CA 90067