**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Hronis, Inc.
**Adversary Title:** Conterra Agricultural Capital, LLC v. DLP Funding, LLC

**Case No.:** 26-10978 - B - 11
**Adv No.:** 26-01025

**Docket Control No.** CAE-2
**Date:** 07/29/2026
**Time:** 11:00 AM

**Matter:** [17] - Notice of Intent to Grant Sua Sponte Motion to Dismiss Case [CAE-2] (dpas) [17] - Order Directing Plaintiff to File Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 7007.1 [1] Notice of Removal [CAE-2] ; Already Served (dpas) [17] - Order to Show Cause [CAE-2] Show Cause hearing to be held on 7/29/2026 at 11:00 AM at Fresno Courtroom 13, Department B (dpas)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Order to show cause Resolved without Oral Argument, Vacated

The court will prepare the order.

On July 8, 2026, Conterra Agricultural Capital, LLC filed its Statement of Corporate Ownership as directed by this court's Order to Show Cause dated June 24, 2026. Docs. #17, #26. Accordingly, the Order to Show Cause is hereby VACATED.