UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | Case No.: 26-10978 - B - 11<br>Adv No.: 26-01025<br>Docket Control No.: CAE-2<br>Document No.: 17 |
| Conterra Agricultural Capital, LLC,<br>Plaintiff,<br>v.<br>DLP Funding, LLC,<br>Defendant. | Date: 07/29/2026<br>Time: 11:00 AM<br>Dept: B |

**Order**

For the reasons set forth in the court's minutes, docket number 33, IT IS ORDERED that the order to show cause is VACATED.

**Dated:** Jul 30, 2026

**By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**

[17] - Notice of Intent to Grant Sua Sponte Motion to Dismiss Case [CAE-2] (dpas) [17] - Order Directing Plaintiff to File Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 7007.1 [1] Notice of Removal [CAE-2] ; Already Served (dpas) [17] - Order to Show Cause [CAE-2] Show Cause hearing to be held on 7/29/2026 at 11:00 AM at Fresno Courtroom 13, Department B (dpas)