UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721−1318**

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

# NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br><br>Hronis, Inc.<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>26−10978 − B − 11 |
| Conterra Agricultural Capital, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>DLP Funding, LLC<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>26−01025 − F − B |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on July 30, 2026. The document number and docket text for this order/judgment are set forth below.

**[34] − Order Vacating 17 Order [CAE−2] (dpas)**
**[34] − Order Vacating 17 Order to Show Cause [CAE−2] (dpas)**

Dated:
7/30/26

For the Court,
Scott Yach , Clerk