United States Bankruptcy Court
Eastern District of California

Conterra Agricultural Capital, LLC,
Plaintiff
DLP Funding, LLC,
Defendant

Adv. Proc. No. 26-01025-B

# CERTIFICATE OF NOTICE

District/off: 0972-1 User: auto Page 1 of 1
Date Rcvd: Jul 30, 2026 Form ID: L19 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Bernard J. Kornberg, Miller Nash LLP, 340 Golden Shores, Ste 450, Long Beach, CA 90802-4229 |
| aty | | Joseph Boufadel, Salvato Boufadel LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071-9500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Shanna Kaminski |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026 Signature: /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

# NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br><br>Hronis, Inc.<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>26–10978 – B – 11 |
| Conterra Agricultural Capital, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>DLP Funding, LLC<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>26–01025 – F – B |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on July 30, 2026. The document number and docket text for this order/judgment are set forth below.

**[34] – Order Vacating 17 Order [CAE–2] (dpas)**
**[34] – Order Vacating 17 Order to Show Cause [CAE–2] (dpas)**

Dated:
7/30/26

For the Court,
Scott Yach , Clerk