**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re<br>Hronis, Inc.,<br>Debtor. | ) | Case No.: 26-10978 - B - 11<br>Adv No.: 26-01025<br>Docket Control No.: CAE-1<br>Document No.: 1 |
| Conterra Agricultural Capital, LLC,<br>Plaintiff,<br>v.<br>DLP Funding, LLC,<br>Defendant. | ) | Date: 08/26/2026<br>Time: 11:00 AM<br>Dept: B |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is CONTINUED to October 28, 2026, at 11:00 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

**Dated:** Aug 28, 2026

**By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**

Continued Status Conference Re: Notice of Removal - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Conterra Agricultural Capital, LLC against DLP Funding, LLC. (Fee $350.00) (eFilingID: 7642286) (dpas)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Bernard J. Kornberg
340 Golden Shores
Ste 450
Long Beach CA 90802

Joseph Boufadel
355 South Grand Avenue
Suite 2450
Los Angeles CA 90071-9500

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Mark S Melickian
30 North LaSalle St #3100
Chicago IL 60602

Shanna M. Kaminski
Kaminski Law, PLLC
PO Box 247
Grass Lake MI 49240

Zev M. Shechtman
1888 Century Park East
Suite 1500
Los Angeles CA 90067