**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Hronis, Inc.
**Adversary Title:** Conterra Agricultural Capital, LLC v. DLP Funding, LLC

**Case No.:** 26-10978 - B - 11
**Adv No.:** 26-01025

**Docket Control No.** CAE-1
**Date:** 10/28/2026
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Notice of Removal - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Conterra Agricultural Capital, LLC against DLP Funding, LLC. (Fee $350.00) (eFilingID: 7642286) (dpas)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff's Attorney – Bernie Kornkerg;
**Respondent(s):**
(by zoom) Creditor's Attorney - Mark Melickian;
(by zoom) Defendant's Attorney - Joseph Boufadel;
(by zoom) Defendant's Attorney – Shanna Kaminski;

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 1/6/2027 at 11:00 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the status conference was continued to January 6, 2027, at 11:00 a.m.

No status report was required.

The court will issue an order.